US006151586A

# United States Patent [19]

## Brown

[11] **Patent Number:** 6,151,586

[45] **Date of Patent:** Nov. 21, 2000

[54] **COMPUTERIZED REWARD SYSTEM FOR ENCOURAGING PARTICIPATION IN A HEALTH MANAGEMENT PROGRAM**

[75] Inventor: **Stephen J. Brown**, San Mateo, Calif.

[73] Assignee: **Health Hero Network, Inc.**, Mountain View, Calif.

[21] Appl. No.: **08/975,243**

[22] Filed: **Nov. 21, 1997**

**Related U.S. Application Data**

[63] Continuation-in-part of application No. 08/771,951, Dec. 23, 1996, Pat. No. 5,933,136.

[51] **Int. Cl.**[7] ..................................................... G06F 17/60

[52] **U.S. Cl.** .................................... 705/14; 705/2; 705/3; 705/10; 705/1

[58] **Field of Search** ............................... 705/2, 14, 3, 10, 705/1, 4

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,034,807 | 7/1991 | Von Kohorn ............................. 348/13 |
| 5,128,752 | 7/1992 | Von Kohorn ............................. 705/10 |
| 5,227,874 | 7/1993 | Von Kohorn ............................. 705/10 |
| 5,249,044 | 9/1993 | Von Kohorn ............................. 348/12 |
| 5,329,459 | 7/1994 | Kaufman et al. ........................ 700/242 |
| 5,329,608 | 7/1994 | Bocchieri et al. ...................... 704/243 |
| 5,339,821 | 8/1994 | Fujimoto ................................. 600/513 |
| 5,390,238 | 2/1995 | Kirk et al. ........................ 379/106.02 |
| 5,467,269 | 11/1995 | Flaten .................................... 705/14 |
| 5,471,039 | 11/1995 | Irwin, Jr. et al. ................... 235/441 |
| 5,488,423 | 1/1996 | Walkingshaw et al. ............... 348/460 |
| 5,502,636 | 3/1996 | Clarke .................................... 705/10 |
| 5,504,519 | 4/1996 | Remillard ................................ 348/7 |
| 5,687,322 | 11/1997 | Deaton et al. ......................... 705/14 |
| 5,727,153 | 3/1998 | Powell .................................... 705/14 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0251520 | 6/1987 | European Pat. Off. ................... | 15/42 |
| 0370599 | 7/1989 | European Pat. Off. . | |
| 9509386 | 4/1995 | WIPO . | |
| 9520199 | 7/1995 | WIPO . | |
| 9708605 | 3/1997 | WIPO . | |
| 9712544 | 4/1997 | WIPO . | |

### OTHER PUBLICATIONS

Voelker, Rebecca, "Shoe Leather Therapy is gaining on TB", Journal of the American Medical Association, vol. 235, No. 10, Mar. 13, 1996.

Giuffrida, A., Should we pay the patient? Review of financial incentives to enhance patient Compliance, Biomedical Journal, vol. 315, pp. 703–707, 1997.

*Primary Examiner*—Emanuel Todd Voeltz
*Assistant Examiner*—George D. Morgan
*Attorney, Agent, or Firm*—Black Lowe & Graham PLLC

[57] **ABSTRACT**

A computerized reward system which encourages an individual's participation in a health management system includes a script generating means for generating a health management script, a script assignment means for assigning a health management script to the individual, a monitoring means for collecting data on the individual's compliance, a memory means for storing the compliance data, an evaluation means for comparing the compliance data to evaluation criteria to determine if the patient is compliant, and a reward to be given to the compliant individual. The individual's compliance is evaluated by his or her answers to the health management script. Each health management script program can be custom made for each individual. The different monitoring means possible which the individual can use include a remotely programmable apparatus, an interactive telephone call, and a multimedia processor. The rewards include a coupon and an electronic reward credited to the individual's data card or personal account at a store.

**27 Claims, 29 Drawing Sheets**





*FIG. 1*

**FIG. 2**



*FIG. 3*



*FIG. 4*



**SCRIPT ENTRY SCREEN**

| COMPLIANCE QUESTIONS | CHOICE 1 | CHOICE 2 | CHOICE 3 | CHOICE 4 |
|---|---|---|---|---|
| SCRIPT NAME: DIABETES SCRIPT 1 | | | | |
| HOW WELL ARE YOU FOLLOWING YOUR TREATMENT PLAN? | VERY BADLY | BADLY | WELL | VERY WELL |
| HOW MANY HYPOGLYCEMIC EPISODES HAVE YOU HAD IN THE PAST WEEK? | 0 | 1 | 2 | > 2 |
| HOW MANY HYPERGLYCEMIC EPISODES HAVE YOU HAD IN THE PAST WEEK? | 0 | 1 | 2 | > 2 |
| DID YOU TEST YOUR BLOOD SUGAR BEFORE BREAKFAST THIS MORNING? | YES | NO | | |
| DID YOU EXERCISE TODAY? | YES | NO | | |

NEXT PAGE

*FIG. 5A*



*FIG. 5B*

NUMBER: 9001 {LF}

LED: 1 {LF}

ZAP: {LF}

CLS: {LF}

DISPLAY: ANSWER QUERIES NOW?
          PRESS ANY BUTTON TO START {LF}

WAIT: {LF}

CLS: {LF}

DISPLAY: HOW WELL ARE YOU FOLLOWING
          YOUR TREATMENT PLAN?
          VERY                    VERY
          WELL    BADLY    WELL    WELL {LF}

INPUT: OOOO {LF}

CLS: {LF}

DISPLAY: HOW MANY HYPOGLYCEMIC EPISODES
          HAVE YOU HAD IN THE PAST WEEK?

              0      1      2      > 2 {LF}

INPUT: OOOO {LF}

CLS: {LF}

DISPLAY: HOW MANY HYPERGLYCEMIC EPISODES
          HAVE YOU HAD IN THE PAST WEEK?

              0      1      2      > 2 {LF}

INPUT: OOOO {LF}

CLS: {LF}

DISPLAY: DID YOU TEST YOUR BLOOD SUGAR
          BEFORE BREAKFAST THIS MORNING?

              YES    NO {LF}

INPUT: OOXX {LF}

CLS: {LF}

DISPLAY: DID YOU EXERCISE TODAY?

              YES    NO {LF}

### FIG. 6A

```
INPUT: OOXX {LF}

CLS: {LF}

DISPLAY: CONNECT GLUCOSE METER
         AND PRESS ANY BUTTON
         WHEN FINISHED {LF}

WAIT: {LF}

CLS: {LF}

DISPLAY: COLLECTING MEASUREMENTS {LF}

COLLECT: GLUCOSE_METER {LF}

CLS: {LF}

COUNT: {LF}

MAX: {LF}

MIN: {LF}

IF MAX_VALUE < 320 AND MIN_VALUE > 60 AND NUMBER > 2
THEN PRINT: YOGURT {LF}
         DISPLAY: CONGRATULATIONS,
                  YOU ARE IN COMPLIANCE!
                  KEEP UP THE GOOD WORK! {LF}

ELSE DISPLAY: YOU ARE NOT IN COMPLIANCE.
              YOU MUST MEASURE YOUR BLOOD
              SUGAR 2 TIMES PER DAY AND KEEP IT
              BETWEEN 60 AND 320 MG/DL {LF}

CLS: {LF}

DISPLAY: CONNECT APPARATUS TO
         TELEPHONE JACK AND
         PRESS ANY BUTTON
         WHEN FINISHED {LF}

WAIT: {LF}

LED: 0 {LF}

CLS: {LF}

DELAY: 03:00 {LF}

CONNECT: {LF}

{EOF}
```

***FIG. 6B***



*FIG. 7*

*FIG. 8*

*FIG. 9*



**FIG. 10**



**FIG. 11**



**FIG. 12**



FIG. 13



*FIG. 14A*



*FIG. 14B*



**FIG. 15A**



*FIG. 15B*



**FIG. 15C**



*FIG. 16*



*FIG. 17*



*FIG. 18*



**FIG. 19**



**FIG. 20**



**FIG. 21**

**FIG. 22**

~205

PLAN SPECIFICATION SCREEN

PLAN NAME: [ DIABETES PLAN 2 ] ~116

COMPLIANCE QUESTIONS                    MONITORING DEVICE TYPE

118~ [ QUESTION 1 ]            124~ [X] GLUCOSE MONITOR

[ QUESTION 2 ]                 [ ] BP CUFF

[ QUESTION 3 ]                 [ ] PEAK FLOW METER

[ QUESTION 4 ]                 [ ] WEIGHT SCALE

[ QUESTION 5 ]            SELECT EDUCATIONAL PROGRAM

222~ [X] TRAVELING WITH DIABETES

[ ] TREATING YOUR ASTHMA

[ ] SUCCESS IN WEIGHT LOSS

SELECT EVALUATION CRITERIA

126~ [X] MINIMUM MEASUREMENT VALUE    [ 60 MG/DL ] ~128

[X] MAXIMUM MEASUREMENT VALUE    [ 320 MG/DL ]

[X] NUMBER OF MEASUREMENTS       [ 14 ]

[X] MINIMUM QUESTION SCORE       [ COMPLETED ]

[X] MINIMUM PROGRAM SCORE        [ COMPLETED ]

SELECT COUPON TYPE

130~ [X] SUGAR-FREE FROZEN YOGURT

[ ] SUGAR-FREE FRUIT BAR

[ ] SUGAR-FREE POPSICLE          [ OK ] ~224

MONITORING INTERVAL: [ 7 DAYS ▽ ] ~134    [ CANCEL ] ~226

*FIG. 23*

228



**PLAN ASSIGNMENT SCREEN**

AVAILABLE PLANS:                    PATIENTS:

230 — [X] DIABETES PLAN 1      232 — [X] DAN LINDSEY

[ ] DIABETES PLAN 2            [ ] MARK SMITH

[ ] OBESITY PLAN 1    236      [ ] DEAN JONES

234 — | ADD PLAN |    | ASSIGN PLAN |    | DELETE PLAN | — 238

*FIG. 24*

198

COMPLIANCE QUESTIONNAIRE

1. HOW WELL ARE YOU FOLLOWING YOUR TREATMENT
   PLAN?  PLEASE ENTER A NUMBER AS FOLLOWS:
   1 = VERY BADLY, 2 = BADLY, 3 = WELL, 4 = VERY WELL  **2**

2. HOW MANY HYPOGLYCEMIC EPISODES HAVE
   YOU HAD IN THE PAST WEEK?    **1**

3. HOW MANY HYPERGLYCEMIC EPISODES HAVE
   YOU HAD IN THE PAST WEEK?    **0**

4. DID YOU TEST YOUR BLOOD SUGAR BEFORE BREAKFAST
   THIS MORNING?  PLEASE ENTER A NUMBER AS FOLLOWS:
   1 = YES, 2 = NO  **1**

5. DID YOU EXERCISE TODAY?  PLEASE ENTER
   A NUMBER AS FOLLOWS:1 = YES, 2 = NO  **2**

*FIG. 25*



**FIG. 26A**



**FIG. 26B**



**FIG. 27**

207

## PLAN SPECIFICATION SCREEN

PLAN NAME:   DIABETES PLAN 1   ～ 116

COMPLIANCE QUESTIONS                124    MONITORING DEVICE TYPE

118 ～
QUESTION 1
QUESTION 2
QUESTION 3
QUESTION 4
QUESTION 5

[X] GLUCOSE MONITOR
[ ] BP CUFF
[ ] PEAK FLOW METER
[ ] WEIGHT SCALE

### SELECT EVALUATION CRITERIA

126 ～
[X] MINIMUM MEASUREMENT VALUE      60 MG/DL   ～
                                                        128
[X] MAXIMUM MEASUREMENT VALUE      320 MG/DL
[X] NUMBER OF MEASUREMENTS          14
[X] MINIMUM QUESTION SCORE         COMPLETED

### SELECT REWARD ACCOUNT

254 ～ [X] FIFTH STREET PHARMACY
        [ ] ALLEN'S DEPARTMENT STORE
        [ ] BOB'S SUPERMARKET

MONITORING INTERVAL:  7 DAYS  ▽  ～ 134

OK   ～ 224
CANCEL   ～ 224

*FIG. 28*



**FIG. 29A**



**FIG. 29B**



*FIG. 30*



FIG. 31

6,151,586

**1**

## COMPUTERIZED REWARD SYSTEM FOR ENCOURAGING PARTICIPATION IN A HEALTH MANAGEMENT PROGRAM

### RELATED APPLICATIONS

This application is a continuation in part of application Ser. No. 08/771,951, now U.S. Pat. No. 5,933,136, filed Dec. 23, 1996. This application is also related to concurrently filed application Ser. No. 08/975,774 titled "Multi-User Remote Health Monitoring System". The above named applications are herein incorporated by reference.

### FIELD OF THE INVENTION

The present invention relates generally to remote monitoring systems, and in particular to a computerized reward system for encouraging participation in a health management program.

### BACKGROUND OF THE INVENTION

In recent years, an increasing number of healthcare providers have initiated outpatient or health management programs for their patients. The potential benefits of these home-based self-care programs are particularly great for chronically ill patients, such as those suffering from diabetes or asthma, who must treat their diseases on a daily basis. However, the success of these home self-care programs is currently limited by each patient's initiative and motivation to comply with a prescribed treatment plan for his or her disease.

The most common reason a patient fails to comply with a treatment plan is a lack of motivation to treat the disease when the disease is not causing an immediately recognizable effect. The expected effect of most diseases is pain or discomfort, and once the pain or discomfort stop, many patients ignore the disease. Of course, most healthcare issues can be addressed more effectively through prevention. The challenge is in communicating the preventative concept to a patient in such a way that he or she will be motivated and encouraged to comply with a prescribed treatment plan.

A patient's lack of motivation to comply with a treatment plan also limits the ability of a healthcare provider to aid the patient in treating his or her disease. Many treatment plans require daily monitoring of a physiological condition of the patient, such as blood glucose concentration in diabetes, peak flow rates in asthma, and blood pressure in hypertension. Since the patients themselves monitor their conditions in outpatient programs, the healthcare provider is often limited to learning each patient's status strictly through patient-initiated events, whether an emergency visit or a phone call to tell the provider the patient's latest medical data. Even with the current availability of remote monitoring devices that store and transmit medical data from a patient's home to a medical clinic, the provider must still wait for medical information whose arrival depends on the patient's initiative.

As a result, the majority of the provider's time when caring for patients with chronic medical conditions is spent with the patients who are the most motivated and eager for treatment, while the greatest medical needs remain with the less motivated patients who do not visit the provider or transmit their medical data. These less motivated patients often develop urgent medical needs that could have been prevented with proper compliance with their prescribed treatment regimens. Consequently, the cost of treating their diseases is much higher than one might expect given the sophistication of current medical monitoring devices

**2**

Interactive home healthcare monitoring systems are described in U.S. Pat. No. 5,390,238 issued to Kirk et al. on Feb. 14, 1995, U.S. Pat. No. 5,434,611 issued to Tamura on Jul. 18, 1995, and U.S. Pat. No. 5,441,047 issued to David et al. on Aug. 15, 1995. One disadvantage of these systems is that they either require a patient to call in to a central facility to be monitored or require the central facility to call the patient according to a rigid monitoring schedule. In addition, these monitoring systems do not provide a patient with any incentives. As such, it is unlikely a patient will make use of them regularly.

U.S. Pat. No. 5,488,423 by Walkingshaw describes a home communication apparatus which prints out rewards or coupons in consumer categories which the user prefers. U.S. Pat. No. 5,502,636 by Clarke describes a personalized coupon generating and processing system which gives users coupons based on their consumer profiles. U.S. Pat. No. 5,504,519 by Remillard describes a method and apparatus for printing coupons which allows a user to select the coupons or other printed information he or she wants. The chosen coupons or information are printed at a central facility and then sent to the user. These inventions do not include any sort of health management program as the reason for receiving the coupons, however.

Home-based computerized reward systems are also described in U.S. Pat. Nos. 5,034,807, 5,128,752, 5,227,874, and 5,249,044 by Von Kohorn. These inventions taken together describe a system and method for evaluating a user's responses to broadcast programs. The programs are broadcast to a wide, undefined audience of users. Users can then enter in their responses to the broadcast programs via a keyboard or other response transmitting device. The user's responses are then transmitted to the response receiving station. A reward, such as a coupon, can be printed for the user from a printer located in the user's home.

This invention does not teach the modification of health-related behavior. Even in combination with health monitoring systems, this invention cannot be effectively used for healthcare programs because it is not individualized for different patients having different diseases or conditions. One broadcast program is sent at one time to all users who have the ability to receive the program. Thus a user who has diabetes would receive the same broadcast program as a user who needs to lose weight. In addition, the broadcast programs are difficult to customize to the individual viewer. For example, one diabetes program would be shown to all diabetics, without regard to their different needs. Although a number of broadcast programs could be created in order to accommodate all possible users, it would be prohibitively expensive and unwieldy. It would be much more efficient to have a dynamic program which could be adjusted for each particular user. Finally, in this invention, the transmitting station determines when the programs are broadcast, which is inconvenient to the user. It is much more convenient for the user to be able to view and/or hear a program when he or she wants.

### OBJECTS AND ADVANTAGES OF THE INVENTION

In view of the above, it is an object of the present invention to provide a computerized reward system for encouraging an individual to participate in a customized health management program. It is another object of the present invention to provide a computerized reward system for encouraging an individual to participate in a customized health management program. Another object of the present

6,151,586

3

invention is to provide an individual with a remote apparatus for use in a customized health management program which offers a reward. Another object of the present invention is to provide an individual with a DTMF telephone for use in a customized health management program which offers a reward. Another object of the present invention is to provide an individual with a multimedia processor for use in a customized health management program which offers a reward. A further object of the present invention is to provide an individual with a data card for use in a customized health management program which offers a reward.

These and other objects and advantages will become more apparent after consideration of the ensuing description and the accompanying drawings.

SUMMARY

The present invention is a computerized reward system for encouraging participation in a health management program. The system comprises a monitoring means for collecting compliance data on an individual participating in the health management program, memory means for storing the compliance data, evaluation means for comparing the compliance data with evaluation criteria to determine whether or not the individual is compliant, and a reward to be given to the individual who is deemed compliant.

The system includes a script generator for generating a customized script for each individual participating in the health management program. The system also includes a script assignor for assigning the customized script to the individual. The system further includes a database for storing the customized script programs and the script assignments.

The memory means of the system includes compliance instructions, which include a description of at least one action the individual must perform in order to satisfy the evaluation criteria.

The individual participates in the health management program by use of a remotely programmable apparatus. The apparatus has a display screen to display compliance questions to the individual. The apparatus also has push buttons or a speech synthesizer with which the individual can enter in answers to the questions. The apparatus connects to the health monitoring server by a communication means, such as a telephone network or the Internet. The apparatus also contains device jacks to connect the apparatus to a printer and a monitoring device, such as a blood glucose meter.

In another embodiment, the computerized reward system comprises a interactive telephone call, whereby the individual is asked and answers compliance questions over the telephone. In another embodiment, the computerized reward system includes an educational program which the individual views or hears. The individual then responds to the educational program. For all embodiments, the individual's responses and compliance status can be stored in a database.

The reward given to the compliant individual can be a coupon, an electronic reward credited to a data card, or an electronic reward credited to the individual's account at a participating financial institution or retail account.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of the networked system according to the preferred embodiment of the present invention.

FIG. 2 is a block diagram illustrating the interaction of the components of the system of FIG. 1.

4

FIG. 3 is a perspective view of a remotely programmable apparatus of the system of FIG. 1.

FIG. 4 is a block diagram illustrating the components of the apparatus of FIG. 3.

FIG. 5A is a script entry screen according to the preferred embodiment of the present invention.

FIG. 5B is a continuation of the script entry screen of FIG. 5A.

FIG. 6A is a listing of a sample script program according to the preferred embodiment of the present invention.

FIG. 6B is a continuation of the listing of FIG. 6A.

FIG. 7 is a sample script assignment screen according to the preferred embodiment of the invention.

FIG. 8 is a sample question appearing on the display of the apparatus of FIG. 3.

FIG. 9 is a sample prompt appearing on the display of the apparatus of FIG. 3.

FIG. 10 is a sample congratulatory message appearing on the display of the apparatus of FIG. 3.

FIG. 11 is a sample instruction appearing on the display of the apparatus of FIG. 3.

FIG. 12 is a sample coupon printed by the present invention.

FIG. 13 is a sample report displayed on the workstation of FIG. 1.

FIG. 14A is a flow chart illustrating the steps included in the monitoring application executed by the server of FIG. 1 according to the preferred embodiment of the present invention.

FIG. 14B is a continuation of the flow chart of FIG. 14A.

FIG. 15A is a flow chart illustrating the steps included in the script program of FIGS. 14A and 14B.

FIG. 15B is a continuation of the flow chart of FIG. 15A.

FIG. 15C is a continuation of the flow chart of FIG. 15B.

FIG. 16 is a perspective view of the remotely programmable apparatus according to the second embodiment of the present invention.

FIG. 17 is a sample message appearing on the display of FIG. 3.

FIG. 18 is a sample pre-printed coupon to be validated using the present invention.

FIG. 19 is a block diagram illustrating the components of the apparatus of FIG. 16.

FIG. 20 is a block diagram of the networked system according to the third embodiment of the present invention.

FIG. 21 is a block diagram illustrating the interaction of the components of the system of FIG. 20.

FIG. 22 is a block diagram illustrating the components of the multimedia processor of FIG. 20.

FIG. 23 is a plan specification screen used in the system of FIG. 20.

FIG. 24 is a plan assignment screen used in the system of FIG. 20.

FIG. 25 is a sample compliance questionnaire used in the system of FIG. 20.

FIG. 26A is a flow chart illustrating the steps included in the monitoring application executed by the server of FIG. 20 according to the preferred embodiment of the present invention.

FIG. 26B is a continuation of the flow chart of FIG. 26A.

FIG. 27 is a block diagram of the networked system according to the fourth embodiment of the invention.

6,151,586

5

FIG. **28** is a plan specification screen used in the system of FIG. **27**.

FIG. **29A** is a flow chart Illustrating the steps included in the monitoring application executed by the server of FIG. **28** according to the preferred embodiment of the present invention

FIG. **29B** is a continuation of the flow chart of FIG. **29A**.

FIG. **30** is a block diagram illustrating the fifth embodiment of the present invention.

FIG. **31** is a flow chart illustrating the steps included in the script program of FIG. **30**.

## DETAILED DESCRIPTION

The present invention is a computerized reward system for encouraging an individual to participate in a health management program. In the following detailed description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be apparent to one of ordinary skill in the art that these specific details need not be used to practice the invention. In addition, this invention is described for as a home healthcare monitoring system. However, it can also be used as any sort of customized monitoring system.

FIGS. **1–15** shows the preferred embodiment of the computerized reward system. As shown in FIG. **1**, networked system **40** includes a server **42**, a workstation **44**, and at least one patient station **47**. It will be apparent to one skilled in the art that server **42** may comprise a single, stand-alone computer or multiple computers distributed throughout a network. Workstation **44** can be any computer or network computer or means of viewing web-based programs residing on server **42**. Server **42**, workstation **44**, and patient station **47** are connected by a communication network **46**. Communication network **46** can be any means which allows information to be passed from one device to another, such as a telephone network, a cellular network, a wireless network, or the Internet.

Patient station **47** comprises a remote apparatus **48**, a coupon printer **54**, and, optionally, a monitoring device **50**. Remote apparatus **48** is designed to interact with an individual in accordance with a script program sent from server **42**. Remote apparatus **48** can display compliance questions sent from the server **42** to an individual, receive responses to the compliance questions, and send them back to server **42** to be evaluated. Remote apparatus **48** has a printer jack for connecting to printer **54**. In an alternative embodiment, printer **54** can be integrated into remote apparatus **48**. Remote apparatus **48** can thus send information from server **52** to printer **54** to be printed for the individual. Remote apparatus **48** also has a device jack which allows it to upload information, such as an individual's physiological measurements from a monitoring device, and send the information to server **42**. Remote apparatus **48** is described in more detail below and in FIGS. **3** and **4**.

Coupon printer **54** is designed to print coupons if the individual is deemed compliant by the health management program. Coupon printer can be any sort of printer, such as a calculator or cashier tape printer, a thermal printer, or a laser printer. The type of printer used is dependent on the type of coupon to be printed out by system **40**. For example, a coupon which consists of an alphanumeric code can be printed out by a cashier type printer, while a coupon which has a bar code or a graphic is likely to be printed out by a laser printer. Coupon printer **54** communicates with remote apparatus **48** by a standard connection cable **56**.

A monitoring device **50** can also be attached to remote apparatus **48**. Monitoring device **50** is designed to produce

6

measurements of a physiological condition of the individual, record the measurements, and transmit the measurements to remote apparatus **48** through a standard connection means **52**. The measurements can be used as compliance data. Examples of suitable monitoring devices include blood glucose meters, respiratory flow meters, blood pressure cuffs, electronic weight scales, and pulse rate monitors. Such monitoring devices are well known in the art. The specific type of monitoring device provided to each individual is dependent upon the individual's disease. For example, diabetic individuals are provided with blood glucose meters for measuring blood glucose concentrations, asthmatic individuals are provided with respiratory flow meters for measuring peak flow rates, overweight individuals are provided with weight scales, etc.

Although FIG. **1** shows remote apparatus **48**, coupon printer **54**, and monitoring device **50** as three separate components, they can be placed in the same housing. In addition, only two patient stations **47** are shown, but it is to be understood that system **40** can include any number of patient stations **47** for any number of individuals.

FIG. **2** shows server **42**, workstation **44**, and remote apparatus **48** in greater detail. Server **42** includes a database **58** for storing customized health management script programs **60**. Customized health management script programs **60** are executed by remote apparatus **48** to communicate compliance questions to the individual, receive answers **62** to the questions, collect monitoring device measurements **64**, and transmit answers **62** and measurements **64** to server **42**. Database **58** is also designed to store responses **62** and measurements **64**. Database **58** further includes a look-up table **66**. Table **66** contains a list of the individuals participating in the health management program, and for each individual, a unique identification code and a respective pointer to customized health management script programs **60** assigned to the individual. Each remote apparatus **48** is designed to execute assigned customized health management script programs **60** which it receives from server **42**.

FIGS. **3** and **4** show the structure of each remote apparatus **48** according to the preferred embodiment. Referring to FIG. **3**, remote apparatus **48** includes a housing **84**. Housing **84** is preferably sufficiently compact to enable apparatus **48** to be hand-held and carried by an individual, but can also be a fixed device such as a television set top. Remote apparatus **48** also includes a display **86** for displaying compliance questions and prompts to the individual. In the preferred embodiment, display **86** is a liquid crystal display (LCD). In an alternative embodiment, display **86** is a television set.

Four user input buttons **90A**, **90B**, **90C**, and **90D** are located adjacent display **86**. User input buttons **90A**, **90B**, **90C**, and **90D** are for entering in remote apparatus **48** responses to the compliance questions and prompts. In the preferred embodiment, user input buttons **90A**, **90B**, **90C**, and **90D** are momentary contact push buttons. In alternative embodiments, user input buttons **90A**, **90B**, **90C**, and **90D** may be replaced by switches, keys, a touch sensitive display screen, a remote control unit, or any other data input device.

A monitoring device jack **94** is located on a surface of housing **48**. Monitoring device jack **94** is for connecting remote apparatus **48** to a number of monitoring devices, such as blood glucose meters, respiratory flow meters, or blood pressure cuffs, through respective connection cables (not shown). Remote apparatus **48** also includes a modem jack **96** for connecting remote apparatus **48** to a telephone jack through a standard connection cord (not shown). Remote apparatus **48** also includes a printer jack **92** for

6,151,586

7

connecting remote apparatus **48** to a printer through a standard connection cord (not shown). Remote apparatus **48** further includes a visual indicator, such as a light emitting diode (LED) **88**. LED **8** is for visually notifying the individual that he or she has unanswered compliance questions stored in apparatus **48**.

FIG. **4** is a schematic block diagram illustrating the components of remote apparatus **48** in greater detail. Remote apparatus **48** includes a processor **98**, and a memory **100** connected to processor **98**. Memory **100** is preferably a non-volatile memory, such as a serial EEPROM. Memory **100** stores customized compliance script programs **60** received from server **42**, measurements **64** received from monitoring device **50**, the individual's answers **62** to compliance questions, and the individual's unique identification code. Processor **98** also includes built-in read only memory (ROM) which stores firmware for controlling the operation of remote apparatus **48**. The firmware includes a script interpreter used by processor **98** to execute customized health management script programs **60**. The script interpreter interprets script commands which are executed by processor **98**. Specific techniques for interpreting and executing script commands in this manner are well known in the art.

Processor **98** is preferably connected to memory **100** using a standard two-wire I²C interface. Processor **98** is also connected to user input buttons **90A**, **90B**, **90C**, and **90D**, LED **88**, a clock **112**, and a display driver **86**. Clock **112** indicates the current date and time to processor **98**. For clarity of illustration, clock **112** is shown as a separate component, but is preferably built into processor **98**. Display driver **86** operates under the control of processor **98** to display information on display **86**.

Modem **102** is connected to a telephone jack **104** through modem jack **96**. Modem **102** is for exchanging data with server **42** through communication network **46**. The data includes customized health management script programs **60** which are received from server **42** as well as answers **62** to compliance questions, device measurements **64**, script identification codes, and the individual's unique identification code which modem **102** transmits to server **42**. Modem **102** is preferably a complete 28.8 K modem commercially available from Cermetek, although any suitable modem may be used. In addition, other communication means such as wireless, cellular, or cable modems, etc. may also be used.

Device interface **108** is connected to device jack **94**. Device interface **108** is for interfacing with a number of monitoring devices, such as blood glucose meters, respiratory flow meters, blood pressure cuffs, weight scales, or pulse rate monitors, through device jack **94**. Device interface **108** operates under the control of processor **98** to collect measurements **64** from monitoring device **50**, and to output measurements **64** to processor **98** for storage in memory **100**. In the preferred embodiment, device interface **108** is a standard RS232 interface. For simplicity of illustration, only one device interface **108** is shown in FIG. **4**. However, in alternative embodiments, remote apparatus **48** may include multiple device interfaces to accommodate monitoring devices which have different connection standards. In addition, monitoring devices can be integrated in the same housing as remote apparatus **48**.

Printer interface **110** is connected to printer jack **92**. Printer interface **110** is for interfacing with printer **54**. Printer interface **110** operates under the control of processor **98**, which receives printing commands from server **42** to be sent to printer **54**. In the preferred embodiment, printer

8

interface **110** is a standard RS232 interface. For simplicity of illustration, only one printer interface **110** is shown in FIG. **4**. However, in alternative embodiments, apparatus **48** may include multiple printer interfaces to accommodate printers which have different connection standards.

Referring again to FIG. **2**, server **42** includes a monitoring application **68**. Monitoring application **68** is a controlling software application executed by server **42** to perform the various functions described below. Monitoring application **68** includes a script generator **70**, a script assignor **72**, and a report generator **74**. Script generator **70** is designed to generate customized health management script programs **60** from script information entered through workstation **44**. The script information is entered through a script entry screen **76**. In the preferred embodiment, script entry screen **76** is implemented as a web page on server **42**. Workstation **44** includes a web browser for accessing the web page to enter the script information.

FIGS. **5A** and **5B** illustrate script entry screen **76** as it appears on workstation **44**. As shown in FIG. **5A**, script entry screen **76** includes a script name field **116** for specifying the name of a customized health management script program to be generated. Script entry screen **76** also includes entry fields **118** for entering compliance questions to be answered by the individual. Each entry field **118** has corresponding response choice fields **120** for entering response choices for the question. A NEXT PAGE button **122** is used to continue down script entry screen **76**. Obviously, if script entry screen **76** can fit on a single display, NEXT PAGE button **122** is unnecessary.

As shown in FIG. **5B**, script entry screen **76** further includes check boxes **124** for selecting a desired monitoring device **50** from which to collect measurements **64**, such as a blood glucose meter, respiratory flow meter, or blood pressure cuff. Script entry screen **76** also displays evaluation criteria. Each evaluation criterion has a check box **126** which can be selected. More than one evaluation criterion can be selected for each customized health management script program **60**. Each evaluation criterion also has a value entry field **128** where the value the individual needs to meet for each criterion can be manually entered. For example, if an individual only needs to answer the compliance questions in order to receive a coupon, the value COMPLETED can be entered into the MINIMUM QUESTION SCORE value entry field **128**. In addition, value entry fields **128** allow the administrator to set a range of criteria which the individual should meet. For example, if the individual should keep his or her blood glucose level between 60–320 mg/dL, 60 mg/dL and 320 mg/dL can be entered into value entry fields **128** corresponding to MINIMUM MEASUREMENT VALUE and MAXIMUM MEASUREMENT VALUE, respectively.

Script entry screen **76** also includes check boxes **130** for selecting the type of coupon to be delivered to the individual if he or she satisfies the evaluation criteria. Ideally, the coupon type will correspond to the type of health management script program **60** assigned to the individual. For example, if the individual is a diabetic, he or she can receive a coupon for a sugar-free frozen yogurt, to be redeemed at participating retailers.

Script entry screen **76** additionally includes a connection time field **132** for specifying a prescribed connection time at which remote apparatus **48** executing customized health management script program **60** is to establish a subsequent communication link to server **42**. The connection time is preferably selected to be the time at which communication

6,151,586

9

rates are the lowest, such as 3:00 AM. Script entry screen **76** has a monitor interval time field **140** for specifying how often the individual should be monitored. Script entry screen **76** also includes a CREATE SCRIPT button **136** for instructing the script generator to generate customized health management script program **60** from the information entered in screen **76**. Screen **76** further includes a CANCEL button **138** for canceling the information entered in screen **76**. A last feature of script entry screen **76** is a PREVIOUS PAGE button **140** which is used to go back to the first part of script entry screen, as shown in FIG. **5A**.

In the preferred embodiment, each customized health management script program **60** created by script generator **70** conforms to the standard file format used on UNIX systems. In the standard file format, each command is listed in the upper case and followed by a colon. Every line in the script program is terminated by a linefeed character {LF}, and only one command is placed on each line. The last character in the script program is a UNIX end of file character {EOF}. TABLE 1 shows an exemplary listing of script commands used in the preferred embodiment of the invention.

10

script entry screen **76**. For example, FIGS. **6A** and **6B** illustrate a sample customized health management script program **60** created by script generator **70** from the script information shown in FIGS. **5A** and **5B**.

Customized health management script program **60** includes display commands to display the compliance questions and response choices entered in fields **118** and **120**, respectively. Customized health management script program **60** also includes input commands to receive answers **62** to the compliance questions. Customized health management script program **60** further includes a collect command to collect device measurements **64** from monitoring device **50** specified in check boxes **124**. Customized health management script program **60** also includes commands to set the evaluation criteria according to the information entered into screen **76** Customized health management script program **60** also includes commands to establish a subsequent communication link to server **42** at the connection time specified in field **132**. Finally, customized compliance script program **60** has a print command, which commands printer **54** to print a coupon if the individual has met the evaluation criteria as specified in script entry screen **76**. The steps included in

TABLE 1

SCRIPT COMMANDS

| Command | Description |
|---|---|
| CLS: {LF} | Clear the display. |
| ZAP: {LF} | Erase from memory the last set of question responses recorded. |
| LED: b{LF} | Turn the LED on or off, where b is a binary digit of 0 or 1. An argument of 1 turns on the LED, and an argument of 0 turns off the LED. |
| DISPLAY: {chars}{LF} | Display the test following the DISPLAY command. |
| INPUT: mmmm{LF} | Record a button press. The m's represent a button mask pattern for each of the four input buttons. Each m contains an "X" for disallowed buttons or an "O" for allowed buttons. For example, INPUT: OXOX{LF} allows the user to press either button #1 or #3. |
| WAIT: {LF} | Wait for any one button to be pressed, then continue executing the script program. |
| COLLECT: device{LF} | Collect measurements from the monitoring device specified in the COLLECT command. The user is preferably prompted to connect the specified monitoring device to the apparatus and press a button to continue. |
| NUMBER: aaaa{LF} | Assign a script identification code to the script program. The script identification code from the most recently executed NUMBER statement is subsequently transmitted to the server along with the question responses and device measurements. The script identification code identifies to the server which script program was most recently executed by the remote apparatus. |
| DELAY: t{LF} | Wait until time t specified in the DELAY command, usually the prescribed connection time. |
| CONNECT: {LF} | Perform a connection routine to establish a communication link to the server, transmit the patient identification code, question responses, device measurements, and script identification code to the server, and receive and store a new script program. When the server instructs the apparatus to disconnect, the script interpreter is restarted, allowing the new script program to execute. |
| PRINT: {LF} | Command printer to print information sent from server if individual has met evaluation criteria. |

The script commands illustrated in TABLE 1 are representative of the preferred embodiment and are not intended to limit the scope of the invention. After consideration of the ensuing description, it will be apparent to one skilled in the art that many other suitable scripting languages and sets of script commands may be used to implement the invention.

Script generator **70** preferably stores a script program template which it uses to create each customized health management script program **60**. To generate customized health management script program **60**, script generator **70** inserts into the template the script information entered in

customized health management script program **60** are also shown in the flow chart of FIGS. **15A–15C**, and will be discussed in the operation section below.

Referring again to FIG. **2**, script assignor **72** is for assigning customized health management script program **60** to individuals. Customized health management script program **60** are assigned in accordance with script assignment information entered through workstation **44**. The script assignment information is entered through a script assignment screen **78** which is preferably implemented as a web page on server **42**.

6,151,586

11

FIG. 7 illustrates a sample script assignment screen 78 as it appears on workstation 44. Screen 78 includes check boxes 142 for selecting customized health management script program 60 to be assigned and check boxes 144 for selecting the individuals to whom health management compliance script program 60 is to be assigned. Screen 78 also includes an ASSIGN SCRIPT button 148 for entering the assignments. When button 148 is pressed, the script assignor creates and stores for each individual selected in check boxes 144 a respective pointer to customized health management script program 60 selected in check boxes 142. Each pointer is stored in look-up table 66 of database 58. Screen 78 further includes an ADD SCRIPT button 146 for accessing the script entry screen to create a new customized health management script program 60, and a DELETE SCRIPT button 150 for deleting a customized health management script program 60.

Referring again to FIG. 2, report generator 74 is designed to generate an individual's compliance report 80 from responses 62 and device measurements 64 received in server 42. Report 80 is displayed on workstation 44. FIG. 13 shows a sample report 80 produced by report generator 74 for a selected individual. Report 74 includes a graph 160 of device measurements 64 received from the individual, as well as a listing of answers 62 received from the individual. Report 74 also includes a status field 162, which indicates the compliance status of the individual. Specific techniques for writing a report generator program to display data in this manner are well known in the art.

FIG. 2 also shows coupon printer 54 which has coupons 82. When coupon printer 54 receives the print command and the information to be printed from server 42 via remote apparatus 48, it prints out coupon 82. Coupon printer 54 will only receive the print command and print information if it has been determined that the individual has fulfilled the evaluation criteria. Sample coupon 82 is shown in FIG. 12. In the preferred embodiment, coupon 82 has an information field 154, which tells the individual what he or she has just received. Coupon 82 also has a validation time field 152, which tells the individual the time period during which he or she can redeem coupon 82. Bar code 156 is a UPC code, while bar code 158 is a household code, which identifies the individual. Bar code 156 is scanned by the retailer when the individual redeems coupon 82 in order to determine the individual's discount. The methods of creating, printing, and scanning bar codes are well known.

An alternative coupon 168 is shown in FIG. 18. Coupon 168 also has information field 154, validation time field 152, and bar codes 156 and 158, all of which have the same purpose as in coupon 82. The difference between coupon 82 and coupon 168 is that coupon 168 is preprinted with all of the above features. Preprinted coupons 168 are given to the individual. The individual loads coupons 168 into printer 54. After the individual completes the health management program, printer 54 then prints valid identification field 170 on coupons 168. Valid identification field 170 validates coupons 168 and allows the individual to redeem them.

FIG. 14A is a flow chart illustrating steps included in the monitoring application executed by server 42. FIG. 14B is a continuation of the flow chart of FIG. 14A. In step 302, server 42 determines if new script information has been entered through script entry screen 76. If new script information has not been entered, server 42 proceeds to step 306. If new script information has been entered, server 42 proceeds to step 304.

As shown in FIGS. 5A and 5B, the script information includes compliance questions, and for each of the compli-

12

ance questions, corresponding responses choices. The script information also includes selected monitoring device type 50 from which to collect device measurements 64. The script information further includes a prescribed connection time for each remote apparatus 48 to establish a subsequent communication link to server 42. The script information is generally entered in server 42 by an administrator, such as an individual's healthcare provider. Of course, any person desiring to communicate with the patients may also be granted access to server 42 to create and assign customized compliance script programs 60. Further, it is to be understood that system 40 may include any number of workstations 44 for entering script generation and script assignment information in server 42.

In step 304, script generator 70 generates customized health management script program 60 from the information entered in screen 76. Customized health management script program 60 is stored in database 58. Steps 302 and 304 are preferably repeated to generate multiple customized health management script programs 60, e.g. a customized health management script program 60 for diabetic individuals, a customized health management script program 60 for asthmatic individuals, etc. Each customized health management script program 60 corresponds to a respective one of the sets of compliance questions entered through script entry screen 76. Following step 304, server 42 proceeds to step 306.

In step 306, server 42 determines if new script assignment information has been entered through assignment screen 78. If new script assignment information has not been entered, server 42 proceeds to step 310. If new script assignment information has been entered, server 32 proceeds to step 308. As shown in FIG. 7, customized health management script programs 60 are assigned to each individual by selecting customized health management script program 60 through check boxes 142, selecting the individuals to whom selected customized health management script program 60 is to be assigned through check boxes 144, and pressing ASSIGN SCRIPT button 148. When ASSIGN SCRIPT button 148 is pressed, script assignor 78 creates for each individual selected in check boxes 144 a respective pointer to customized health management script program 60 selected in check boxes 142. In step 308, each pointer is stored in look-up table 66 of database 58. Following step 308, server 42 proceeds to step 310.

In step 310, server 42 determines if any remote apparatuses 48 are connected to server 42. Each individual to be monitored is preferably provided with his or her own remote apparatus 48 which has the individual's unique identification code stored therein. Each individual is thus uniquely associated with a respective one of remote apparatuses 48. If none of remote apparatuses 48 are connected, server 42 proceeds to step 320.

If remote apparatus 48 is connected, server 42 receives from remote apparatus 48 the individual's unique identification code in step 312. In step 314, server 42 receives from remote apparatus 48 compliance answers 62, device measurements 64, and script identification code recorded during execution of a previously assigned customized health management script program 60. The script identification code identifies to server 42 which customized health management script program 60 was executed by remote apparatus 48 to record compliance answers 62 and device measurements 64. Compliance answers 62, device measurements 64, and script identification code are stored in database 58.

In step 316, server 42 uses the individual's identification code to retrieve from look-up table 66 the pointer to cus-

6,151,586

13

tomized health management script program **60** assigned to the individual. Server **42** then retrieves customized health management script program **60** from database **58**. In step **318**, server **42** transmits customized health management script program **60** to the individual's remote apparatus **48** through communication network **46**. Following step **318**, server **42** proceeds to step **320**.

In step **320**, server **42** determines if a report request has been received from workstation **44**. If no report request has been received, server **42** returns to step **302**. If a report request has been received for a selected individual, server **42** retrieves from database **58** compliance answers **62** and device measurements **64** last received from the individual, as shown in step **322**. In step **324**, server **42** generates and displays report **80** on workstation **44**. As shown in FIG. **13**, report **80** includes compliance answers **62** and device measurements **64** last received from the individual. Following step **324**, server **42** returns to step **302**.

FIGS. **15A–15C** illustrate the steps included in customized health management script program **60** executed by remote apparatus **48**. Before customized health management script program **60** is received, remote apparatus **48** is initially programmed with the individual's unique identification code and the script interpreter used by processor **98** to execute customized health management script program **60**. The initial programming may be achieved during manufacture or during an initial connection to server **42**. Following initial programming, remote apparatus **48** receives from server **42** customized health management script program **60** assigned to the individual associated with remote apparatus **48**. Customized health management script program **60** is received by modem **102** through a first communication link and stored in memory **100**.

In step **402**, processor **98** assigns a script identification code to customized health management script program **60** and stores the script identification code in memory **100**. The script identification code is subsequently transmitted to server **42** along with compliance question answers **62** and device measurements **64** to identify to server **42** which customized health management script program **60** was most recently executed by remote apparatus **48**. In step **404**, processor **98** lights LED **88** to notify the individual that he or she has unanswered compliance questions stored in remote apparatus **48**. LED **88** preferably remains lit until all compliance questions are answered by the individual. In step **406**, processor **98** erases from memory **100** the last set of answers **62** recorded.

In step **408**, processor **98** prompts the individual by displaying on display **86** "ANSWER QUERIES NOW? PRESS ANY BUTTON TO START". In step **410**, processor **98** waits until a reply to the prompt is received from the individual. When a reply is received, processor **98** proceeds to step **412**. In step **412**, processor **98** executes successive display and input commands to display the compliance questions and response choices on display **86** and to receive answers **62** to the compliance questions.

FIG. **8** illustrate a sample compliance question and its corresponding response choices as they appear on display **86**. The response choices are positioned on display **86** such that each response choice is located proximate a respective one of user input buttons **90A**, **90B**, **90C**, and **90D**. In the preferred embodiment, each response choice is displayed immediately above a respective user input button **90**. The individual presses user input button **90** corresponding to his or her response **62**. Processor **98** stores each answer **62** in memory **100**.

14

In steps **414–418**, processor **98** executes commands to collect device measurements **64** from selected monitoring device **50**. Customized health management script program **60** specifies selected monitoring device **50** from which to collect device measurements **64**. In step **414**, processor **98** prompts the individual to connect selected monitoring device **50**, for example a blood glucose meter, to device jack **94**. A sample prompt is shown in FIG. **9**. In step **416**, processor **98** waits until a reply to the prompt is received from the individual. When a reply is received, processor **98** proceeds to step **418**. In step **418**, processor **98** collects device measurements **64** from monitoring device **50** through interface **108**. Device measurements **64** are stored in memory **100**.

In step **420**, processor **98** determines whether or not the individual has met the evaluation criteria. Preferably, processor **98** sums device measurements **64** and comes up with a value. In step **422**, processor **98** then determines the maximum allowable value for the criteria. In step **424**, processor **98** determines the minimum allowable value for the criteria. In step **426**, processor compares the individual's value with the maximum and minimum allowable values. If the individual's value falls within the maximum and minimum values, processor determines that the criteria has been met and goes to step **428**. In step **428**, a congratulations message is shown on display **86** of remote apparatus **48**. A sample congratulations message is shown in FIG. **10**. Processor **98** then commands printer **54** to print coupon **82** for the compliant individual.

If the individual is not compliant and has not met the evaluation criteria, processor **98** goes to step **432**. In step **432**, processor **98** displays instructions for the individual on display **86** of remote apparatus **48**. The instructions are intended to remind the individual what he or she must do in order to be considered compliant. A sample instruction message is shown in FIG. **11**.

In step **434**, processor **98** prompts the individual to connect remote apparatus **48** to telephone jack **104** so that remote apparatus **48** may connect to server **42** at the prescribed connection time. In step **436**, processor **98** waits until a reply to the prompt is received from the individual. When a reply is received, processor **98** turns off LED **88** in step **438**. In step **440**, processor **98** waits until it is time to connect to server **42**. Processor **98** compares the connection time specified in customized health management script program **60** to the current time output by clock **112**. When it is time to connect, processor **98** connects to modem **102**.

In step **442**, processor **98** establishes a subsequent communication link between remote apparatus **48** and server **42** through modem **102** and communication network **46**. If the connection fails for any reason, processor **98** repeats step **442** to get a successful connection. In step **446**, processor **98** transmits compliance question responses **62**, device measurements **64**, script identification code, and the individual's identification code stored in memory **100** to server **42** through the subsequent communication link. In step **448**, processor **98** receives through modem **102** new customized health management script program **60** from server **42**. New customized health management script program **60** is stored in memory **100** for subsequent execution by processor **98**. Following step **448**, customized health management script program **60** ends.

FIGS. **16–19** illustrate a second embodiment of the invention in which each remote apparatus has speech recognition and speech synthesis functionality. FIG. **16** shows a perspective view of a remote apparatus **49** according to the

6,151,586

15

second embodiment. Remote apparatus **49** includes a speaker **164** for audibly communicating compliance questions and prompts to the individual. Remote apparatus **49** also includes a microphone **166** for receiving spoken responses to the compliance questions and prompts. Remote apparatus **49** may optionally include a display **86** for displaying prompts to the individual, as shown in FIG. **17**.

FIG. **19** is a schematic block diagram illustrating the components of remote apparatus **49** in greater detail. Remote apparatus **49** is similar in design to remote apparatus **48** of the preferred embodiment except that remote apparatus **49** includes an audio processor chip **172** in place of processor **8**. Audio processor chip **172** is preferably an RSC-164 chip commercially available from Sensory Circuits Inc. of 1735 N. First Street, San Jose, Calif. 95112.

Audio processor chip **172** has a microcontroller **174** for executing customized health management script programs **60** received from server **48**. A memory **100** is connected to microcontroller chip **174**. Memory **100** stores customized health management script program **60**, and a script interpreter used by microcontroller chip **174** to execute customized health management script program **60**. Memory **100** also stores device measurements **64** received from monitoring device **50**, answers **62** to the compliance questions, script identification codes, and the individual's unique identification code.

Audio processor chip **172** also has built in speech synthesis functionality for synthesizing questions and prompts to a individual through speaker **164**. For speech synthesis, audio processor chip **172** includes a digital to analog converter (DAC) **192** and an amplifier **194**. DAC **192** and amplifier **194** drive speaker **164** under the control of microcontroller chip **174**.

Audio processor chip **172** further has built in speech recognition functionality for recognizing responses spoken into microphone **166**. Audio signals received through microphone **166** are converted to electrical signals and sent to a preamp and gain control circuit **178**. Preamp and gain control circuit **178** is controlled by an automatic gain control circuit (AGC) **186**, which is in turn controlled by microcontroller chip **174**. After being amplified by preamp **178**, the electrical signals enter microcontroller chip **174** and pass through a multiplexer **180** and an analog to digital converter (ADC) **182**. The resulting digital signals pass through a digital logic circuit **184** and enter microcontroller chip **174** for speech recognition.

Audio processor chip **172** also includes a RAM **188** for short term memory storage and a ROM **190** which stores customized health management script program **60** executed by microcontroller chip **174** to perform speech recognition and speech synthesis. Audio processor chip **172** operates at a clock speed determined by a crystal **176**. Audio processor chip **172** also includes a clock **112** which provides the current date and time to audio processor chip **172**. As in the preferred embodiment, remote apparatus **49** includes an LED **88**, display driver **106**, modem **102**, device interface **108**, and printer interface **110**, all of which are connected to microcontroller **174**.

The operation of the second embodiment is similar to the operation of the preferred embodiment except that compliance questions, response choices, and prompts are audibly communicated to the individual through speaker **164** rather than being displayed to the individual on display **86**. The operation of the second embodiment also differs from the operation of the preferred embodiment in that answers **62** to the compliance questions and prompts are received through

16

microphone **166** rather than through user input buttons **90A**, **90B**, **90C**, and **90D**.

The customized compliance script programs of the second embodiment are similar to customized health management script program **60** shown in FIGS. **6A–6B**, except that each display command is replaced by a speech synthesis command and each input command is replaced by a speech recognition command. The speech synthesis commands are executed by microcontroller **174** to synthesize the compliance questions, response choices, and prompts through speaker **164**. The speech recognition commands are executed by microcontroller **174** to recognize answers **62** spoken into microphone **166**.

For example, to ask an individual how he or she feels and record a response, microcontroller **174** first executes a speech synthesis command to synthesize through speaker **164** "How do you feel? Please answer with one of the following responses: very bad, bad, good, or very good." Next, microcontroller **174** executes a speech recognition command to recognize the response spoken into microphone **166**. The recognized response is stored in memory **100** and subsequently transmitted to server **42**. Other than the differences described, the operation and advantages of the second embodiment are the same as the operation and advantages of the preferred embodiment described above.

A third embodiment of the present invention is illustrated in FIGS. **20–26**. This embodiment encompasses a number of features. One feature asks individuals compliance questions, another feature receives device measurements **64** from device monitor **50**, and a third feature allows an administrator to select an educational program to be broadcast to the individual. The individual must satisfy the evaluation criteria for all three features in order to be considered compliant. If he or she is deemed compliant, a coupon is printed out.

FIG. **20** shows the system comprising a server **42**, a workstation **44**, and an individual station **197**. All three components of the system are connected via a communication network **46**. Individual station **197** comprises a multimedia processor **196** which has attached to it a display unit **198**. Display unit **198** can be any sort of device which presents audiovisual signals, such as a television. Multimedia processor **196** also has attached to it monitoring device **50** and coupon printer **54**. Both monitoring device **50** and coupon printer **54** work in the same manner as described in the first embodiment.

FIG. **21** shows server **42** in greater detail. Server **42** includes a database **58** for storing health management script programs **60**. Customized health management script programs **60** are executed by multimedia processor **196** to communicate compliance questions to the individual, receive answers **62** to the questions, display an educational program **202**, receive responses **206** to educational program **202**, collect monitoring device measurements **64**, and transmit answers **62** and measurements **64** to server **42**. Database **58** is also designed to store answers **62** and measurements **64**. Database **58** further includes a look-up table **66**. Table **66** contains a list of the individuals participating in the compliance program, and for each individual, a unique identification code and a respective pointer to customized health management script programs **60** assigned to the individual.

Database **58** also includes plan specifications **204** for use by the administrator. Plan specifications **204** allow the administrator to design a plan for an individual. Thus plan specifications **204** provide customized compliance programs for each individual. The plan specification screen **205** is shown in FIG. **23**. Plan specification screen **205** includes a

6,151,586

17                                                                          18

plan name field 116, which allows the administrator to name the plan. Plan specification screen 205 also includes fields 118 for compliance questions. Compliance questions can be entered by the administrator to ask the individual how he or she is faring with the compliance program.

The compliance questionnaire 198 which is generated from the compliance questions entered on plan specification screen 205 is shown in FIG. 25. Compliance questionnaire 198 comprises questions about how successfully the individual has followed his or her compliance program. Compliance questionnaire 198 also comprises responses 206 to the compliance questions. The individual can enter in his or her best responses 206 to the compliance questions via multimedia processor 196. Answers 206 are then evaluated and eventually sent to server 42.

Referring back to FIG. 23, plan specification screen 205 also includes check boxes 124 for selecting the type of monitoring device 50 which the individual should connect to multimedia processor 196 in order to transmit device measurements 64 to server 42. Plan specification screen 205 further comprises check boxes 222 for selecting the educational program 202 for the individual to view. Educational program 202 ideally corresponds with the compliance questions and the monitoring device 50. For example, if the compliance questions are aimed at diabetic individuals and monitoring device 50 is a blood glucose meter, educational program 202 will be on diabetes.

In addition, plan specification screen 205 also displays evaluation criteria. Each evaluation criterion has a check box 126 which can be selected. More than one evaluation criterion can be selected for each customized health management script program 60. Each evaluation criterion also has a value entry field 128 where the value the individual needs to meet for each criterion can be manually entered.

Plan specification screen 205 also includes check boxes 130 for selecting the type of coupon to be delivered to the individual if he or she satisfies the evaluation criteria. Ideally, the coupon type will correspond to the type of health management script program 60 assigned to the individual. For example, if the individual is a diabetic, he or she can receive a coupon for a sugar-free frozen yogurt, to be redeemed at participating retailers.

The other features of plan specification screen 205 are a monitoring interval field 134 for determining how often the individual should respond to the monitoring plan, an OK button 224 which is used to save the information entered into plan specification screen 205, and a CANCEL button 226 to erase the information entered into plan specification screen 205.

Referring back to FIG. 21, server 42 includes a monitoring application 200. Monitoring application 200 is a controlling software application executed by server 42 to perform the various functions described below. Monitoring application 200 includes a plan generator 71, a plan assignor 73, and a report generator 74. Plan generator 70 is designed to generate plan specifications 204 from information entered through plan specification screen 205. Server 42 also includes educational programs 202 which are sent to multimedia processor 196 to be displayed on display unit 198 for the individual to view.

FIG. 22 shows a detailed block diagram of multimedia processor 196. Multimedia processor 196 is designed to execute assigned customized compliance plan specifications 204 which it receives from server 42. Multimedia processor 196 has a computer processing unit (CPU) 98 which is connected to a memory 100. Memory 100 is preferably a

non-volatile memory, such as a serial EEPROM. Memory 100 stores customized compliance plan specifications 204 from server 42, as well as the individual's answers 42, answers 206, and device measurements 64 to be sent to server 42. CPU 98 is preferably connected to memory 100 using a standard two-wire I²C interface.

CPU 98 is also connected to printer interface 110, which transmits information to printer 54 through printer jack 96, and device interface 108, which transmits data from monitoring device 50 through device jack 94. The data includes compliance questionnaires, educational programs, the individual's answers and responses, and coupon information to be printed on printer 54. CPU 98 is also connected to device interface 108 which connects monitoring device 50 through device jack 94. Measurements 64 from monitoring device 50 are uploaded into CPU 98, where they are then transmitted to server 42. CPU 98 is further connected to modem 102, which is used to connect multimedia processor 196 to server 42 through communication network 42. Modem 102 is connected to telephone jack 104 through modem jack 96.

CPU 98 is also connected to a video/text generator 208. Video/text generator 208 is for receiving and processing educational programs 202 from the CPU and displaying them on display unit 198 to be viewed and heard by the individual. Alternatively, the educational programs can be received using a tuner 212, which is also connected to CPU 98. Tuner 212 receives signals of different frequencies from a broadcast source 214, such as the transmitter of a television station. Tuner 212 translates these signals into educational programs 202 which can be viewed and heard by the individual on display unit 198. Both video/text generator 208 and tuner 212 are connected to a CMOS switch 210, which is also connected to CPU 98. CMOS switch 210 alternatively connects video/text generator 208 and tuner 212 to CPU 98.

Finally, CPU 98 is connected to a control receiver 216. Control receiver 206 is for receiving signals from a remote control 218. Remote control 218 is a standard wireless signal producer which can be used by the individual to send commands to CPU 98 from a distance. Signals generated by remote control 218 are received by control receiver 216 and sent to CPU 98 to be carried out.

Referring back to FIG. 21, workstation 44 connected to server 42 includes plan specification entry screen 205, a plan assignment screen 228, and report screen 80. Plan assignment screen 228 is illustrated in greater detail in FIG. 24. Plan assignment screen 228 comprises check boxes 230 for each of the available plans. Plan assignment screen 228 also comprises check boxes 232 for selecting the individual to whom the plan is to be assigned. After the assignment has been made, the ASSIGN PLAN button 236 is selected to create and store for the individual selected in check boxes 232 a respective pointer to the plan selected in check boxes 230. Each pointer is stored in look-up table 66 of database 58. Plan assignment screen 228 further includes an ADD PLAN button 234 for accessing plan specification screen 205 and a DELETE PLAN button 238 for deleting a plan specification.

The operation of this embodiment is shown in FIGS. 26A and 26B. FIG. 26A is a flow chart illustrating steps included in the monitoring application executed by server 42. FIG. 26B is a continuation of the flow chart of FIG. 26A. In step 502, server 42 determines if new plan information has been entered through plan specification screen 205. If new plan information has not been entered, server 42 proceeds to step 506. If new script information has been entered, server 42 proceeds to step 504.

6,151,586

**19**

As shown in FIG. **23**, plan specification screen **205** includes compliance questions, monitoring devices **50** to be selected, educational programs to be selected, evaluation criteria to be set, and coupon types to be selected. Plan specification screen **205** further includes a prescribed connection time for multimedia processor **196** to establish a subsequent communication link to server **42**. The plan information is generally entered in server **42** by an administrator, such as a healthcare provider. Of course, any person desiring to communicate with the individuals may also be granted access to server **42** to create and assign plans. Further, it is to be understood that the system may include any number of workstations **44** for entering plan generation and plan assignment information in server **42**.

In step **504**, plan generator **71** generates a plan specification from the information entered in plan specification screen **205**. Plan specification **204** is stored in database **58**. Steps **502** and **504** are preferably repeated to generate multiple plan specifications **204**, e.g. plans for diabetic individuals, plans for asthmatic individuals, etc. Following step **504**, server **42** proceeds to step **506**.

In step **506**, server **42** determines if new plan assignment information has been entered through plan assignment screen **228**. If new plan assignment information has not been entered, server **42** proceeds to step **510**. If new plan assignment information has been entered, server **42** proceeds to step **508**. In step **508**, each pointer generated on plan assignment screen **228** is stored in look-up table **66** of database **58**. Following step **508**, server **42** proceeds to step **510**.

In step **510**, server **42** determines if a report request has been received from workstation **44**. If no report request has been received, server **42** goes to step **516**. If a report request has been received for a selected individual, server **42** retrieves from database **58** responses **62**, answers **206**, and device measurements **64** last received from the individual in step **512**. In step **514**, server **42** generates and displays the individual's report on workstation **44**. Following step **514**, the server goes to step **516**.

In step **516**, server **42** determines if any multimedia processors **196** are remotely connected to server **42**. Each individual to be monitored is preferably provided with his or her own multimedia processor **196** which has the individual's unique identification code stored therein. Each individual is thus uniquely associated with a respective one of the multimedia processors **196**. If none of the multimedia processors **196** are connected, server **42** returns to step **502**.

If multimedia processor **196** is connected, server **42** receives from multimedia processor **196** the individual's unique identification code in step **518**. In step **520**, server **42** receives from multimedia processor **196** responses **62**, answers **206**, device measurements **64**, and plan identification code recorded during execution of a previously assigned plan. The plan identification code identifies to server **42** which plan was executed by multimedia processor **196** to record answers **62**, responses **206**, and device measurements **64**. The answers **62**, responses **206**, device measurements **64**, and plan identification code are stored in database **58**.

In step **522**, server **42** uses the individual's identification code to retrieve from look-up table **66** the pointer to plan specification **204** assigned to the individual. Server **42** then retrieves assigned plan specification **204** from database **58**. Server **42** transmits assigned plan specification **204** to the individual's multimedia processor **196** through communication network **46**. Following step **522**, server **42** proceeds to step **524**.

**20**

In steps **524** and **526**, multimedia processor **196** executes commands to collect device measurements **64** from a selected monitoring device **50**. Plan specification **204** determines the selected monitoring device **50** from which to collect device measurements **64**. In step **524**, multimedia processor **196** prompts the individual to connect selected monitoring device **50**, for example a blood glucose meter, to device jack **94**. In step **526**, multimedia processor **196** collects device measurements **64** from monitoring device **50** through device interface **108**. Device measurements **64** are stored in memory **100**.

In step **528**, multimedia processor **196** determines whether plan specification **204** indicates educational program **202** should be shown on display **198**. If not, multimedia processor **196** goes directly to step **534**. If educational program **202** has been specified, multimedia processor **196** goes to step **530**. In step **530**, multimedia processor **196** receives the educational program via modem **102** or tuner **212**. The educational program is then processed and displayed on display unit **198**. In step **532**, the individual uses remote control **218** to respond to educational program **202**. Answers **62** are sent from multimedia processor **196** to server **42** where they are stored on database **58**.

Next is step **534**, where multimedia processor **196** calculates if the individual has met the evaluation criteria which determines his or her compliance status. If the individual is deemed compliant, display **198** shows a congratulations message, in step **536**. An example of a congratulations message is shown in FIG. **10**. Multimedia processor **196** then directs coupon printer **54** to print coupon **82** for the individual. An example of coupon **82** is shown in FIG. **12**.

If the individual is deemed uncompliant, multimedia processor **196** goes to step **540** and displays instructions for the individual to follow in order to become compliant. Example instructions are shown in FIG. **11**. At this time, multimedia processor **196** goes back to step **502** and repeats the sequence.

Another embodiment of the present invention is shown in FIGS. **27–29**. This system is an automated telephone monitoring system which regularly calls individuals who are participating in the compliance program. Compliant patients receive credit in their own account **252** set up at a participating store **250**. The system comprises a server **42**, an individual station **245**, and participating store **250**. Individual stations **245** comprise a DTMF telephone which can be connected to a monitoring device **50** by a communication means **248**, such as a standard cable connection.

FIG. **27** shows a detailed block diagram of the system. Server **42** communicates with individual station **245** through a digital/tone signal converter **244**. The purpose of digital/tone signal converter **244** is to convert electronic signals generated by the monitoring application **240** into recognizable sounds to be heard by the individual. The electronic signals generated by monitoring application **240** correspond to plan specification **204** generated by plan generator **73**.

Server **42** includes a database **58**, which stores plan specifications **204**, the individual's responses **62** to compliance questions entered on plan specifications **204**, device measurements **64**, and a look-up table **66**. Plan specifications **204** allow the administrator to design a plan for an individual. Thus plan specifications **204** provide customized compliance programs for each individual. The plan specification screen **207** for this embodiment is shown in FIG. **28**. Note that plan specification screen **207** of FIG. **28** is similar to plan specification screen **205** of FIG. **23**. The plan name field **116**, the compliance question fields **118**, the check

6,151,586

21

boxes 124 for selecting a monitoring device 50, the check boxes 126 for selecting evaluation criteria, the monitoring interval field 134, the OK button 224, and the CANCEL button 226 all have the same function as in plan specification screen 205 of FIG. 23. However, plan specification screen 207 of FIG. 28 also has check boxes 254 for selecting reward account 252 at participating store 250.

Referring back to FIG. 27, monitoring application 240 includes a plan generator 71, a plan assignor 73, and a report generator 74. All three components of monitoring application 240 have the same functions as their counterparts in the previous embodiments.

The operation of this embodiment is shown in FIGS. 29A and 29B. FIG. 29A is a flow chart illustrating steps included in monitoring application 240 executed by server 42. FIG. 29B is a continuation of the flow chart of FIG. 29A. In step 602, server 42 determines if new plan information has been entered through plan specification screen 207. If new plan information has not been entered, server 42 proceeds to step 606. If new script information has been entered, server 42 proceeds to step 604.

In step 604, plan specification 204 is generated from plan specification screen 207 and is stored in database 58. Steps 602 and 604 are preferably repeated to generate multiple plans, e.g. plans for diabetic individuals, plans for asthmatic individuals, etc. Following step 604, server 42 proceeds to step 606.

In step 606, server 42 determines if new plan assignment information has been entered through plan assignment screen 228. Plan assignment screen 228 is the same as that used in the previously described embodiment and shown in FIG. 24. If new plan assignment information has not been entered, server 42 proceeds to step 610. If new plan assignment information has been entered, server 42 proceeds to step 608. In step 608, each pointer generated on plan assignment screen 228 is stored in look-up table 66 of database 58. Following step 608, server 42 proceeds to step 610.

In step 610, server 42 determines if a report request has been received from workstation 44. If no report request has been received, server 42 goes to step 616. If a report request has been received for a selected individual, server 42 retrieves from database 58 answers 62 and device measurements 64 last received from the individual in step 612. In step 614, server 42 generates and displays the individual's report on workstation 44. Following step 614, the server goes to step 616.

In step 616, server 42 determines if it is time to call the individual, as determined by the information entered into plan specification screen 207. If it is not time, server 42 returns to step 602. If it is time to call, server 42 proceeds to step 618. In step 618, server 42 calls the individual through the use of automated call processor 242. Compliance questions and prompts entered into plan assignment screen 207 are translated into recognizable sounds and sent via digital/tone signal converter 244 to individual's DTMF telephone 246.

In step 620, the individual hears the compliance questions. The individual responds to the compliance questions and answers 62 are sent back through digital/tone signal converter 244 to automated call processing 242 of server 42. Responses 62 are then stored in database 58.

In steps 622 and 624, server 42 executes commands to collect device measurements 64 from a selected monitoring device 50. Plan specification 204 determines the selected monitoring device 50 from which to collect device measure-

22

ments 64. In step 524, server 42 prompts the individual to connect selected monitoring device 50, for example a blood glucose meter, to a device jack of DTMF telephone 246 via communication link 248. Device measurements 64 are stored in database 58.

Next is step 626, where server 42 calculates if the individual has met the evaluation criteria which determines his or her compliance status. If the individual is deemed compliant, server 42 credits individuals account 252 in participating store 250 in step 630. There are a number of ways in which server 42 can credit account 252. If server 42 and account 252 are connected by a communication means, the credit can be automatically sent over. If server 42 and account 252 are not connected by a communication means, server 42 can print out a credit sheet to be sent to participating store 250, where credit can be manually entered into account 252.

If the individual is deemed uncompliant, server 42 goes to step 632 and displays instructions for the individual to follow in order to become compliant. At this time, server 42 goes back to step 602 and repeats the sequence.

A last embodiment of the present invention is shown in FIGS. 30 and 31. This embodiment makes use of a memory card 258 which provides communication means between the administrator's workstation 45 and the individual's multimedia processor 197. Memory card 258 contains a magnetic strip or electronic circuit which stores information.

FIG. 30 shows a detailed block diagram of administrator workstation 45 and multimedia processor 197. Administrator workstation 45 comprises a database 58, which includes customized health management script programs 60, the individual's responses 62 to compliance questions in customized health management script programs 60, and device measurements 64. Monitoring application 68 is a controlling software application executed by server 42 to perform the various functions described below. Monitoring application 68 includes a script generator 70, a script assignor 72, and a report generator 74. Script generator 70 is designed to generate customized compliance script programs 60 from script information entered through workstation 44. Report generator 74 is for creating reports 80 from answers 62 and device measurements 64 to be displayed on workstation 45 for the administrator to view.

Workstation 45 also comprises a memory card reader/writer 256. Memory card reader/writer 256 is used by the administrator to store customized compliance script programs 60 on memory card 258. Memory card 258 is then given to the individual, who takes it and places it in the memory card reader/wrier 260 of his or her multimedia processor 197.

Multimedia processor 197 of this embodiment is similar to multimedia processor 196 described above. Multimedia processor 197 is designed to execute assigned customized compliance script programs 60 which it receives from workstation 45. Multimedia processor 197 has a computer processing unit (CPU) 98 which is connected to a memory 100. Memory 100 is preferably a non-volatile memory, such as a serial EEPROM. Memory 100 stores customized health management script programs 60 from workstation 45, as well as the individual's answers 62, responses 206, and device measurements 64 to be sent to workstation 45. CPU 98 is preferably connected to memory 100 using a standard two-wire $I^2C$ interface. CPU 98 is also connected to device interface 108 which connects monitoring device 50 through device jack 94. Measurements 64 from monitoring device 50 are uploaded into CPU 98, where they are then transmitted to workstation 45.

6,151,586

23

CPU 98 is further connected to a video/text generator 208. Video/text generator 208 is for receiving and processing the educational programs from the CPU and displaying them on display unit 198 to be viewed and heard by the individual. Alternatively, the educational programs can be received using a tuner 212, which is also connected to CPU 98. Tuner 212 receives signals of different frequencies from a broadcast source 214, such as the transmitter of a television station. Tuner 212 translates these signals into educational programs 202 which can be viewed and heard by the individual on display unit 198. Both video/text generator 208 and tuner 212 are connected to a CMOS switch 210, which is also connected to CPU 98. CMOS switch 210 alternatively connects video/text generator 208 and tuner 212 to CPU 98.

Finally, CPU 98 is connected to a control receiver 216. Control receiver 216 is for receiving signals from a remote control 218. Remote control 218 is a standard wireless signal producer which can be used by the individual to command CPU 98 from a distance. Signals generated by remote control 218 are received by control receiver 216 and sent to CPU 98 to be carried out.

FIG. 31 illustrates the steps carried out by customized health management script programs 60. Customized health management script program 60 begins when memory card 258 which stores customized health management script program 60 is placed in memory card reader/writer 260 of multimedia processor 197. In step 702, customized health management script program 60 first displays compliance questions on display unit 198 for the individual to view or hear. The individual responds to the compliance questions using remote control 218. Individual's responses 62 are sent from CPU 98 to workstation 45.

In steps 704 and 706, customized health management script program 60 commands the collection of device measurements 64 from selected monitoring device 50. Customized health management script program 60 determines the selected monitoring device 50 from which to collect device measurements 64. In step 704, customized health management script program 60 prompts the individual to connect selected monitoring device 50, for example a blood glucose meter, to a device jack 94 of multimedia processor 197. Device measurements 64 are stored in database 58 on workstation 45 in step 706.

Next is step 708, where customized health management script program 60 calculates if the individual has met the evaluation criteria which determines his or her compliance status. If the individual is deemed compliant, customized health management script program 60 displays a congratulatory message on display unit 198 of multimedia processor 197 in step 712. Customized health management script program 60 also credits individual's memory card 258 in step 714. The credit can be redeemed in a number of ways. For example, a participating store can use a memory card reader/writer to read memory card 258 and give the individual a discount on a product.

If the individual is deemed uncompliant, customized health management script program 60 goes to step 716 and displays instructions for the individual to follow in order to become compliant. In the last step 718, the individual's answers 62, device measurements 64, and compliance status are stored on memory card 258.

SUMMARY, RAMIFICATIONS, AND SCOPE

Although the above description contains many specificities, these should not be construed as limitations on

24

the scope of the invention, but merely as illustrations of some of the presently preferred embodiments. It should be noted that different components of each of the described embodiments can be combined in many ways. For example, the memory card could be use with the interactive telephone system.

Therefore, the scope of the invention should be determined not by the examples given but by the appended claims and their legal equivalents.

What is claimed is:

1. A computerized reward system for encouraging an individual to participate in a customized health management program, said system comprising:

a) a script generating means for generating a customized health management script from a plurality of questions, a plurality of actions and a plurality of educational programs;

b) a script assigning means for assigning said customized health management script to said individual, wherein said assigned script comprises associated evaluation criteria, said associated evaluation criteria is based on said individual's responses to said generated script;

c) a monitoring means for collecting compliance data indicative of said individual's compliance with said customized health management program, wherein at least a portion of the collected compliance data comprises said individual's response to said assigned customized health management script;

d) a memory means for storing said compliance data and said evaluation criteria;

e) an evaluation means for automatically comparing said collected compliance data to said evaluation criteria to determine a compliance status of said individual; and

f) a reward dispensing means in communication with said evaluation means for dispensing a reward to said individual according to said compliance status.

2. The system of claim 1, wherein said memory means further stores compliance instructions and said system further comprises user interface means connected to said memory means for communicating said compliance instructions to said individual.

3. The system of claim 2, wherein said compliance instructions include a description of at least one action said individual must perform to satisfy said evaluation criteria.

4. The system of claim 1, wherein said monitoring means comprises a display means for displaying said compliance questions to said individual, and a user input device in communication with said display means for entering said individual's answers.

5. The system of claim 1, wherein said monitoring means comprises a speech synthesis means for synthesizing said compliance questions, and a speech recognition means for recognizing said individual's answers.

6. The system of claim 1, wherein said monitoring means is an interactive telephone call comprising a telephone and an automated call processing means connected to said telephone for asking said compliance questions and for receiving said individual's answers.

7. The system of claim 1, wherein said compliance data further comprises responses to an interactive educational program, said monitoring means comprises a program display means for displaying said educational program to said individual, and a user input device in communication with said program display means for entering in said individual's responses.

6,151,586

25

**8**. The system of claim **1**, further comprising:

a) a database in communication with said monitoring means and said evaluation means for storing said compliance data and said compliance status of said individual; and

b) a display means connected to said database for displaying said compliance data and said compliance status.

**9**. The system of claim **1**, wherein said reward comprises a coupon and said reward dispensing means comprises a printer for printing said coupon.

**10**. The system of claim **1**, wherein said reward comprises a validated coupon and said reward dispensing means comprises a printer for validating a pre-printed coupon.

**11**. The system of claim **1**, wherein said reward comprises an electronic reward credited to a data card.

**12**. The system of claim **1**, wherein said reward comprises an electronic reward credited to an account.

**13**. The system of claim **1** wherein said evaluation criteria comprises said individual's completion of said assigned script.

**14**. The system of claim **1**, wherein said evaluation criteria comprises a range of values of one or more portion of said collected compliance data.

**15**. The system of claim **1**, wherein said assigned customized health management script comprises one or more questions from said plurality of questions, one or more actions from said plurality of actions and one or more educational programs from said plurality of educational programs; and wherein said evaluation criteria comprises said individual's completion of said one or more questions, said one or more actions and said one or more educational programs.

**16**. A method for encouraging an individual to participate in a customized health management program, said method comprising:

a) generating a customized health management script from a plurality of questions;

b) assigning said customized health management script to said individual;

c) collecting in a monitoring system compliance data indicative of said individual's compliance with said customized health management program, wherein at least a portion of said compliance data comprises said individual's response to said assigned customized health management script;

d) storing in said monitoring system evaluation criteria;

26

e) comparing said compliance data to said evaluation criteria to determine a compliance status of said individual; and

f) dispensing a reward to said individual according to said compliance status.

**17**. The method of claim **16**, further comprising the step of communicating compliance instructions to said individual.

**18**. The method of claim **17**, wherein said compliance instructions include a description of at least one action said individual must perform to satisfy said evaluation criteria.

**19**. The method of claim **16**, wherein said step of collecting said compliance data from said individual comprises displaying said compliance questions on a display unit, and receiving said individual's answers through an input device.

**20**. The method of claim **16**, wherein said step of collecting said compliance data from said individual comprises synthesizing said compliance questions with a speech synthesizer, and recognizing said answers with a speech recognizer.

**21**. The method of claim **16**, wherein said compliance data is collected through an interactive telephone call.

**22**. The method of claim **16**, wherein said compliance data further comprises said individual's responses to an interactive educational program, and the step of collecting said compliance data comprises displaying said educational program on a display unit and receiving said individual's responses through an input device.

**23**. The method of claim **16**, further comprising the steps of storing said individual's compliance data and said compliance status of said individual in a database, and displaying said individual's compliance data and said compliance status on a display unit connected to said database.

**24**. The method of claim **16**, wherein said reward comprises a coupon, and said step of dispensing said reward comprises printing said coupon.

**25**. The method of claim **16**, wherein said reward comprises a validated coupon, and the step of dispensing said reward comprises validating a pre-printed coupon.

**26**. The method of claim **16**, wherein said reward comprises an electronic reward, and the step of dispensing said reward comprises crediting the electronic reward to a data card.

**27**. The method of claim **16**, wherein said reward comprises an electronic reward, and the step of dispensing said reward comprises crediting the electronic reward to an account.

\*   \*   \*   \*   \*