| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | WILLIAM F. ABRAMS (SBN 88805) |
| 2 | *william.abrams@bingham.com* |
|   | PATRICK T. WESTON (SBN 211448) |
| 3 | *patrick.weston@bingham.com* |
|   | SAMANTHA REARDON (SBN 240068) |
| 4 | *samantha.reardon@bingham.com* |
|   | 1900 University Avenue |
| 5 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  650.849.4400 |
| 6 | Facsimile:  650.849.4800 |
| 7 | Attorneys for Plaintiff |
|   | ALERE MEDICAL, INC. |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | ALERE MEDICAL, INC., a California Corporation, | No.  C-07-05054 MEJ |
| 13 | | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 14 | Plaintiff, | **(CIVIL L.R. 3-16)** |
|    | v. | |
| 15 | HEALTH HERO NETWORK, INC., a California Corporation, | |
| 16 | | |
| 17 | Defendant. | |

A/72231652.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)

1       PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-16, the undersigned
2 certifies that the following listed persons, associations of persons, firms, partnerships,
3 corporations (including parent corporations) or other entities (i) have a financial interest in the
4 subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest
5 in that subject matter or in a party that could be substantially affected by the outcome of this
6 proceeding:
7       Agoura Parent, Inc. ("Agoura"), a Delaware Corporation, is the parent corporation
8 of Plaintiff Alere Medical, Inc. ("Alere").  Agoura has a 100% ownership interest in Alere.
9
10 DATED:  October 1, 2007

                                   Respectfully submitted,

                                   Bingham McCutchen LLP

                                   By: _____/s/_____
                                            William F. Abrams
                                         Attorneys for Plaintiff
                                         ALERE MEDICAL, INC.