# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**E-FILING  ADR**

ALERE MEDICAL, INC., a California Corporation

v.

HEALTH HERO NETWORK, INC., a California Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 05054 MEJ**

TO: (Name and address of defendant)
Health Hero Network, Inc.
2400 Geng Road, Suite 200
Palo Alto, CA 94303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William F. Abrams (SBN 88805)/Patrick T. Weston (SBN 211448)

Samantha Reardon (SBN 240068)

Bingham McCutchen LLP, 1900 University Ave., East Palo Alto, CA 94303-2223

Phone: (650) 849-4400; Fax: (650) 849-4800
email: william.abrams@bingham.com; patrick.weston@bingham.com; samantha.reardon@bingham.com

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE **OCT - 1 2007**

*[signature]*
(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/01/2007 |
| Name of SERVER: Minh Tran | TITLE: Registered California Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:
**HEALTH HERO NETWORK, INC.**
**2400 Geng Road, Suite 200, Palo Alto, CA 94303**
**By Leaving the Documents with Peter Musso, Authorized Agent**

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $60.00 | TOTAL $60.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/02/2007
             Date

Signature of Server
**Careful Attorney Service**
**453 Bryant Street, San Francisco, CA 94107**
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Bingham McCutchen LLP<br>Samantha Reardon, 240068<br>1900 University Avenue<br>East Palo Alto, CA  94303 | (650) 849-4400 | |
| ATTORNEY FOR (Name):   ALERE MEDICAL, INC. | Ref. No. or File No.<br>0000322390 | |

Insert name of court, judicial district or branch court, if any:

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF:
ALERE MEDICAL, INC., a California Corporation

DEFENDANT:
HEALTH HERO NETWORK, INC., a California Corporation

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07 05054 MEJ |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons in a Civil Case; Complaint of Plaintiff Alere Medical, Inc. for Declaratory Judgment - Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Civil Cover Sheet; Certification of Interested Entities or Persons (Civil L.R. 3-16); Notice of Pendency of Other Action or Proceeding (Civil L.R. 3-13)**

ON: HEALTH HERO NETWORK, INC.

AT: 2400 Geng Road, Suite 200
Palo Alto, CA 94303

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**Peter Musso - Authorized Agent**

ON: 10/01/2007
AT: 04:21 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 60.00
County: Santa Clara
Registration No.: #954
Careful Attorney Service
453 Bryant St.
San Francisco, CA 94107
(415) 864-8014

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 2, 2007.

Signature: _____
Minh Tran

**PROOF OF SERVICE**

Order# 1002553/GProof39