1  MICHAEL A. LADRA, State Bar No. 64307
   Email: mladra@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
   Email: sshanberg@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
4  650 Page Mill Road
Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
Facsimile: (650) 565-5100
6
Attorneys for Defendant
7  HEALTH HERO NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALERE MEDICAL, INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTH HERO NETWORK, INC., a California Corporation,<br><br>    Defendant. | CASE NO.: C 07-05054 (MEJ)<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL L.R. 3-13 (a) AND (b) AND STATEMENT OPPOSING NOTICE FILED BY ALERE MEDICAL, INC. PURSUANT TO CIVIL L.R. 3-13 (c)** |

NOTICE OF PENDENCY OF OTHER ACTION AND
STATEMENT OPPOSING NOTICE FILED BY ALERE
CASE NO.: C 07-05054 (MEJ)

C:\NrPortbl\PALIB1\FB1\3213315_1.DOC

1  TO THE COURT AND ALL PARTIES OF RECORD:

2  Pursuant to Local Rule 3-13 (a) and (b), defendant Health Hero Network, Inc. ("Health Hero") provides notice that a material part of the subject matter of the above-captioned action and the identical parties are involved in an action before the United States District Court for the Northern District of Illinois, Eastern Division, Civil Action No. 07-C-5031 (the "Illinois action"). Pursuant to Local Rule 3-13 (c), Health Hero also hereby opposes the characterization of the Illinois action provided by plaintiff Alere Medical, Inc. ("Alere") in its Notice of Pendency of Other Action or Proceeding filed on October 1, 2007 ("Alere Notice").

3  Specifically, Health Hero provides notice that the Illinois action, filed on September 6, 2007, involves a material part of the same subject matter as the above-captioned matter, including claims relating to the infringement of related United States patents by Alere's products including the Alere DayLink® Monitor, the Alere Heart Failure Program, the Alere NurseStation, the Alere Home Monitoring Program, and the AlereNet system. In addition, the parties to the Illinois action and the above-captioned action are identical. Both cases involve only two parties – Health Hero Network, Inc. and Alere Medical, Inc.

4  Health Hero opposes Alere's statements that "[t]his action involves seven separate and unrelated patents…" and that "these actions do not involve common questions of fact," because, as set forth above, the patents at issue are related and the products at issue are the same. Alere Notice at 1-2. Health Hero also disagrees that "it is unlikely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges" and, contrary to Alere's Notice, strongly believes that coordination would avoid conflicts, conserve resources and promote an efficient determination of the action. *See id.*

5  Accordingly, Health Hero hereby provides notice that coordination of the Illinois action and the above-captioned action is required to avoid conflicts, conserve resources

1  and promote an efficient determination of the dispute between the parties.  Indeed, the
2  above-captioned action should be transferred to the Northern District of Illinois where the
3  first-filed action is pending and where both parties conduct business operations.

5  Dated:  October 9, 2007        WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation

                                  By:    /s/ Stefani E. Shanberg
                                         Stefani E. Shanberg

                                  Attorneys for Defendant
                                  HEALTH HERO NETWORK, INC.