```
1   MICHAEL A. LADRA, State Bar No. 64307
        Email: mladra@wsgr.com
2   STEFANI E. SHANBERG, State Bar No. 206717
        Email: sshanberg@wsgr.com
3   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
4   650 Page Mill Road
    Palo Alto, CA 94304-1050
5   Telephone: (650) 493-9300
    Facsimile:  (650) 565-5100
6
    Attorneys for Defendant
7   HEALTH HERO NETWORK, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALERE MEDICAL, INC., a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>HEALTH HERO NETWORK, INC., a California Corporation,<br><br>  Defendant. | CASE NO.: C 07-05054 (MEJ)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT
CASE NO.: C 07-05054 (MEJ)

C:\NrPortbl\PALIB1\FB1\3213458_1.DOC

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 9, 2007     WILSON SONSINI GOODRICH & ROSATI
                           Professional Corporation


                    By:    /s/ Stefani E. Shanberg
                           Stefani E. Shanberg


                    Attorneys for Defendant
                    HEALTH HERO NETWORK, INC.