1   Bingham McCutchen LLP
    WILLIAM F. ABRAMS (SBN 88805)
2   william.abrams@bingham.com
    PATRICK T. WESTON (SBN 211448)
3   patrick.weston@bingham.com
    SAMANTHA REARDON (SBN 240068)
4   samantha.reardon@bingham.com
    1900 University Avenue
5   East Palo Alto, CA 94303-2223
    Telephone: 650.849.4400
6   Facsimile: 650.849.4800

7   Attorneys for Plaintiff
    ALERE MEDICAL, INC.
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

| 12  ALERE MEDICAL, INC., a California Corporation, | No. C-07-05054 CRB |
|---|---|
| 13           Plaintiff, | **DECLARATION OF SAMANTHA L. REARDON IN SUPPORT OF ALERE MEDICAL, INC.'S REPLY TO NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (CIVIL L.R. 3-13)** |
| 14  v. | |
| 15  HEALTH HERO NETWORK, INC., a California Corporation, | |
| 16           Defendant. | |

A/72262754.1/3005445-0000322390                                    No. C-07-05054 CRB

DECLARATION OF SAMANTHA L. REARDON IN SUPPORT OF ALERE MEDICAL, INC.'S REPLY TO
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (CIVIL L.R. 3-13)

1. I, Samantha L. Reardon, hereby declare as follows:

2. 1. I am a lawyer duly authorized to practice in California, and an associate with Bingham McCutchen LLP, counsel of record to Plaintiff Alere Medical, Inc ("Alere"). The following facts are true of my own personal knowledge. If called as a witness, I could and would testify competently as follows.

3. 2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of Alere's Answer and Counterclaims filed on October 1, 2007 in the United States District Court for the Northern District of Illinois, Eastern Division (Case No. 07CV5031) (Docket No. 11), and Exhibit 1 thereto (U.S. Patent No. 7,223,236).

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 19, 2007 at East Palo Alto, California.

_____
SAMANTHA L. REARDON

A/72262754.1/3005445-0000322390    2    No. C-07-05054 CRB

DECLARATION OF SAMANTHA L. REARDON IN SUPPORT OF ALERE MEDICAL, INC.'S REPLY TO NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (CIVIL L.R. 3-13)