1  MICHAEL A. LADRA, State Bar No. 64307
        Email:  mladra@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
        Email:  sshanberg@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Defendant
7  Health Hero Network, Inc.

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 ALERE MEDICAL, INC., a California      )    CASE NO.:  C07-05054-CRB
   Corporation,                           )
12                                         )    **NOTICE OF APPEARANCE OF**
                   Plaintiff,             )    **COUNSEL**
13                                         )
          v.                              )
14                                         )
                                           )
15 HEALTH HERO NETWORK, INC., a California )
   Corporation,                           )
16                                         )
                   Defendant.             )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

1    TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that Michael A. Ladra hereby enters his appearance as counsel

3  of record for defendant Health Hero Network, Inc.  A copy of all pleadings, papers and notices

4  should be served as follows:

5        Michael A. Ladra
            Email: mladra@wsgr.com
6      WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation
7      650 Page Mill Road
        Palo Alto, CA  94304-1050
8      Telephone:  (650) 493-9300
        Facsimile:   (650) 565-5100

9

10  Dated:  October 22, 2007              WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
11

12                                    By:    /s/ Michael A. Ladra
                                              Michael A. Ladra
13
                                      Attorneys for Defendant
14                                    HEALTH HERO NETWORK, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28