1 | MICHAEL A. LADRA, State Bar No. 64307
      Email: mladra@wsgr.com
2 | STEFANI E. SHANBERG, State Bar No. 206717
      Email: sshanberg@wsgr.com
3 | WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
4 | 650 Page Mill Road
    Palo Alto, CA 94304-1050
5 | Telephone: (650) 493-9300
    Facsimile: (650) 565-5100
6 |
    Attorneys for Defendant and Counterclaimant
7 | HEALTH HERO NETWORK, INC.

8 |

9 |                    UNITED STATES DISTRICT COURT

10 |                 NORTHERN DISTRICT OF CALIFORNIA

11 |                     SAN FRANCISCO DIVISION

12 |

13 | ALERE MEDICAL, INC., a California            )   CASE NO.: C 07-05054 (CRB)
     Corporation,                                )
14 |                                             )   **HEALTH HERO'S**
                    Plaintiff,                   )   **CERTIFICATION OF**
15 |                                             )   **INTERESTED ENTITIES OR**
            v.                                   )   **PERSONS PURSUANT TO CIVIL**
16 |                                             )   **LOCAL RULE 3-16**
     HEALTH HERO NETWORK, INC., a California     )
17 | Corporation,                                )
                                                 )
18 |                Defendant.                    )
                                                 )
19 |                                             )
                                                 )
20 | _____        )
                                                 )
21 | AND RELATED COUNTERCLAIMS                    )
                                                 )
22 | _____        )

23 |

24 |

25 |

26 |

27 |

28 |

## L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, Defendant and Counterclaimant Health Hero Network, Inc. ("Health Hero") and the undersigned counsel certify that, as of this date, other than the named parties, there is no such interest to report.

Dated:  November 13, 2007                  WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                    By:    /s/ Stefani E. Shanberg
                                           Stefani E. Shanberg

                                           Attorneys for Defendant and Counterclaimant
                                           Health Hero Network, Inc.