1  MICHAEL A. LADRA, State Bar No. 64307
      Email: mladra@wsgr.com
2  STEFANI E. SHANBERG, State Bar No. 206717
      Email: sshanberg@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Defendant and Counterclaimant
7  HEALTH HERO NETWORK, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 ALERE MEDICAL, INC., a California      )   CASE NO.: C 07-05054 (CRB)
   Corporation,                           )
14                                        )   **HEALTH HERO'S STATEMENT**
             Plaintiff,                   )   **PURSUANT TO FEDERAL RULE**
15                                        )   **OF CIVIL PROCEDURE 7.1**
       v.                                 )
16                                        )
   HEALTH HERO NETWORK, INC., a California)
17 Corporation,                           )
                                          )
18           Defendant.                   )
                                          )
19                                        )
                                          )
20 _____)
                                          )
21 AND RELATED COUNTERCLAIMS              )
   _____)
22

23

24

25

26

27

28

## FRCP 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaimant Health Hero Network, Inc. ("Health Hero") and the undersigned counsel of record certify that Health Hero is a privately held company and that currently there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: November 13, 2007        WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation


                        By:     /s/ Stefani E. Shanberg
                                Stefani E. Shanberg


                        Attorneys for Defendant and Counterclaimant
                        HEALTH HERO NETWORK, INC.