# Exhibit 3



CLINICIANS   CLIENTS   ABOUT ALERE   NEWS   CAREERS   PATIENTS & FAMILY

SENIOR MANAGEMENT

CUSTOMERS

*Alere has contracts nationwide and is currently monitoring patients in 36 states.*

## Customers

Alere® works with leading healthcare organizations to improve the care management of their members with chronic diseases. We understand that successful management of these members is critical to our customers. Our programs are designed to improve treatment compliance, increase member satisfaction and to reduce unnecessary hospitalizations and healthcare costs.

Alere has contracts nationwide and is currently monitoring patients in 36 states. We work with all types of providers and have HMO/PPO, Medicare and Medicaid contracts with 50 customers including the companies above.

Copyright © 2006 Alere Medical, Inc. All Rights Reserved.
About Alere   Careers   Privacy & Marketing Policies   Site Map   Contact Us

Subscribe to Alere's Newsletter
Your Email Address   GO



PATIENT LOGIN:   Select a Program

CLINICIANS   CLIENTS   ABOUT ALERE   NEWS   CAREERS   PATIENTS & FAMILY

ALERE IN THE NEWS

UPCOMING EVENTS

*Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Aliquam consequat mi sed ipsum.*

## Upcoming Events Archive

**Select Archived News by Year:**   2007

**Blue Cross Blue Shield Association
Spring Distinctively Blue Conference
and Focus on Providers Conference
April 15-17, 2007**
Chicago, IL

Upcoming Events

Copyright © 2006 Alere Medical, Inc. All Rights Reserved.
About Alere   Careers   Privacy & Marketing Policies   Site Map   Contact Us

Subscribe to Alere's Newsletter
Your Email Address   GO