Exhibit 4



ALERE

# An Overview of Alere's

# *Personal Health Support*

## for AHIC Chronic Care Workgroup

**Gordon Norman, MD, MBA**
**EVP, Chief Science Officer**

**Sept. 27, 2007**

Connecting. Caring. Empowering.

1

# Alere: the Meaning, the Mission



*a·lere* (∂lere) *v.*
"To support" or "to nourish"

Dedicated to improving health and supporting a population's health needs

Connecting. Caring. Empowering.

2



# *Company Overview*

- Leading provider of disease management services designed to improve health, productivity, and wellness of its participants
  - Cover over 25 million commercial and 2 million Medicare lives

- Company's strategic success reflected in our dynamic growth
  - 2003-2007E Revenue CAGR 50%, Employee CAGR 42%
  - Currently 5th largest independent DMO in U.S.

- Transitioning to a full Personal Health Support company
  - Chronic condition management with remote monitoring
  - Prevention, wellness, health coaching, risk reduction
  - Disability & absence management, EAP integration
  - Support of clinicians & medical home
  - Personal Health Record for participants, clinicians



# Alere's Initial Focus

CHF, CAD, COPD, asthma, diabetes

Chronic Condition Management

5% of people generate 50% of costs

Healthy/Low Risk    At Risk    High Risk    Chronic Disease    Complex & Catastrophic

Reference: EW "Chronic Care Model"

Connecting. Caring. Empowering.

ALERE

4



# Our Pursuit of Excellence

| 1996 | 1999 | 2000 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |

ALERE Medical founded

DayLink® Monitor 100

Started monitoring heart failure patients

Third party HF outcomes validation

DayLink® Monitor 110

Transformed to a pure play disease management company

WHARF trial published

DMPC recognizes Alere's Pacificare results for plausibility

Acquired DM programs of National Jewish

NATIONAL JEWISH Medical and Research Center

Partnered with Joslin Diabetes Center

Joslin Diabetes Center

DayLink® Monitor 112 (multi-condition)

Company buyout by TA Associates

Providing integrated population health management programs

ALERE

Connecting. Caring. Empowering.

5



# Our National Presence

- 50 States
- >100,000 Patients Actively Engaged
- >25 Million Covered Lives / >2 Million Medicare Lives

# Alere Clients

Optum
UnitedHealthcare
A UnitedHealth Group Company

TUFTS Health Plan

HIP
HEALTH PLAN OF NEW YORK

Palo Alto Medical Foundation


HUMANA
Guidance when you need it most

Blue Shield
of California
An Independent Member
of the Blue Shield Association


HealthPartners

Blue Care Network
of Michigan


Health Net

PARAMOUNT

ALLRE
ALLR


Connecting. Caring. Empowering.

7

# Data Driven Interventions



- Effective incorporation of multiple data points
  - Claims, PBM, lab, biometric, symptoms
  - HRA data, behavioral readiness to change
- Real-time access to patient specific information for
  - Risk stratification
  - Validation, interpretation and patient coaching
- Alere serves as the "eyes and ears" of the physician for each patient transmitting "just-in-time" critical information for the physician's intervention





# Data Driven Interventions

**Patient at Home**

- Home Monitoring via DayLink™ Monitor (DLM)
- Daily Weights
- Symptoms

- RN Phone Interaction
- Teachable Moments

## Allegro Systems
*Heart Failure*

- Telephonic monitoring by specialty RNs
- Comprehensive Nursing Assessment
- Individualized Plans
- Medication compliance and adherence monitoring
- Patient empowerment and education

**Physician Reports**

- Alert Reports
- Status Reports
- Summary Reports

**Physician–Patient Encounter as Appropriate**

All Over ... Behavior Change
thru

# *Allegro Proprietary DM System*



- Integrated, scalable platform for candidate acquisition, program enrollment, patient engagement, clinical intervention and outcomes reporting

- Powerful features include the ability to:
  – Electronically collect patient specific data
  – Graphically display key data over time
  – Reprioritize patients throughout the day
  – Alert nurses to changing clinical conditions
  – Alert patients by phone and physicians by fax
  – Monitor and adjust to open workflow tasks based on volume and available resources
  – Scale to accommodate increased patient volume, client acquisition and client customization

Connecting. Caring. Empowering.



# Identification & Stratification

- Approach
  - Use best tools and methods for client-specific goals, population
  - Apply to historical claims to conduct formal opportunity analysis to advise clients, recommend tailored programs, and set expectations

- Tools
  - Alere Identification System (SAS/SQL)
    - Internally developed analytic platform for very large datasets
    - Proprietary criteria developed & refined for multiple conditions at population level or select risk subsets
  - Impact Pro™ Suite (Ingenix)
    - Uses ETGs for episode identification, PRGs for pharmacy-based predictive modeling and EBM Connect for profiling of conditions, gaps in care
  - Pharmacy Risk Groups™ (PRGs)
    - Pharmacy-based predictive modeling system that uses pharmacy data alone to assess prospective risk in individuals

Connecting. Caring. Empowering.



# Acuity Prioritization System

- We use 2-3 dozen data parameters to recompute an acuity score for every participant every 1-2 hours through the day

- These scores determine sequencing of outbound contacts to those participants at greatest risk

- Contacting highest risk participants early in the day allows us to connect them to their physicians that same day if warranted

- This "intelligent targeting" of outbound contacts contributes to program effectiveness and efficiency

- To achieve similar outcomes without remote monitoring and data-driven prioritization would drive significantly higher costs for additional manpower and higher contact frequency

- We can also reassess status and acuity following all ER and admission events with client-supplied daily census file and patient contact within 2 days following such events

# Enrollment & Engagement



Eligible Members from Customer

→ Stratification

→ Data Loaded into Alere Call Queues



Welcome Packet

- Motivational interviewing techniques by Certified Enrollment Service Reps
- IVR System Call Recording
- Logic Driven System Embedded Call Scripting
- System Requeuing
- Performance Standards Management
- Call Quality Monitoring
- No "Talktime Restraints"

- Language Translation
- Device Troubleshooting
- Installation Assistance

# Nursing Assessment

- Health history
- Hospitalizations & procedures
- Medications
- Disease & condition knowledge
- Vaccinations
- Co-morbidities



# Risk & Depression Screening

- Routine screening for depression & risk for falling

- Referrals to appropriate resources (healthplan, provider, etc.)



Connecting. Caring. Empowering.

# Medication Adherence

- Assess & intervene for class drug usage
- Monitor medication adherence



**Current Medications**

| | Start Date | Medication * | Drug Class | Dose Unit * | Freq * | Route * | Comment | Upd By |
|---|---|---|---|---|---|---|---|---|
| | 06/05/2004 | Lisinopril | Ace Inhibitors | 20.0  mg | BID | By Mouth | Add Meds: Lisinopril-Prinivil/Zestril | Conversion |
| | 06/05/2004 | Lisinopril | ANTIHYPERTENSIVE | 20.0  mg | BID | By Mouth | Add Meds: Lisinopril-Prinivil/Zestril | eking |
| | 06/05/2004 | Digoxin | CARDIOTONICS | 0.25  mg | QD | By Mouth | Add Meds: Digoxin-Lanoxin,Lanoxicaps,Digitek | Conversion |
| | 08/21/2004 | Hydrochlorthiazide | DIURETICS | 50.0  mg | QD | By Mouth | Add Meds: Hydrochlorothiazide (HCTZ)-HydroDiuril/Microzide | jhenschel |
| | 09/16/2004 | Torsemide | DIURETICS | 20.0  mg | PRN | By Mouth | Add Meds: Demadex-Torsemide | hchin |
| | 06/05/2004 | Cyanocobalamin | HEMATOPOIETIC AGENTS | 1.0  caps | QD | By Mouth | Add Med Vitamin B-12 | eking |
| | 06/05/2004 | Potassium Chloride | MINERALS & ELECTROLYTES | 550.0  mg | QD | By Mouth | Add Meds: KCL-Micor-K/K-Dur/Klorvess/Klotrix | Conversion |
| | 06/05/2004 | Levothyroxine Sodium | THYROID | 75.0  mg | QD | By Mouth | Add New Med: Synthroid | eking |
| | 01/06/2006 | | | mg | QD | By Mouth | | jpage |

**Recent or Discontinued Medications**

| Start Date | Medication | Drug Class | Dose Unit | Freq | Route | Comment | End Date * | Upd By |
|---|---|---|---|---|---|---|---|---|
| 06/05/2004 | Diclofenac | Nsaid | 50.0  mg | PRN | By Mouth | Add Meds: Arthrotec- Diclofenac/Misoprostol | 01/03/2005 | kboerr |
| 06/05/2004 | Hydralazine Hydrochloride | Antihypertensives | 50.0  mg | QD | By Mouth | Add Meds: Hydralazine & HCTZ*-Apresazide* | 08/21/2004 | jhenschel |



# Patient Monitoring — Rx Claims



PBM data

Enrolled patients with selected Rx

Match against PBM Rx data

No

Yes

Coach Rx compliance call

MD change

No MD change

Enter new Rx information

Routine program follow-up

Encourage Rx refill

Not filled

Filled

Call back

17

Connecting. Caring. Empowering.

# Patient Monitoring — Device





**Home Biometric DayLink® Monitor 112**

- Biometric data collection for multi disease states

- Expanded capabilities to incorporate peripheral devices
  - Glucose readings
  - Blood Pressure, Pulse Oximetry
  - Expanded questions and reminders

- Wireless devices allows for "plug and play" setup



**Home Biometric DayLink® Monitor 110 / 111 (Heart Failure Program)**

- Symptoms + / - Precise electronic scale up to 475 lbs.

- Easy installation

- Requires < 2 minutes for patients to complete

- > 95% compliance

- Transmits data over phone line to Alere's toll-free number

Connecting. Caring. Empowering.

18

# Heart Failure Biometric Monitoring



- Daily weight and symptom monitoring via DayLink® Monitor in patient's home

- Data transmitted over phone line

- 95% patient compliance





Connecting. Caring. Empowering.

19

# COPD Biometric Monitoring

- Daily symptom data via DayLink® Monitor in patient's home

- Adherence reminders

- Data transmitted over phone line





Connecting. Caring. Empowering.

20

# Diabetes Biometric Monitoring

| Date | 6-9 am | 9-11 am | 11 am-2 pm | 2-5 pm | 5-8 pm | 8 pm-11 pm | 11 pm-5 am | Total Daily Count | Daily Average |
|---|---|---|---|---|---|---|---|---|---|
| 04/25/2007 | | | 79 | | | | | 1 | 79.0 |
| 04/24/2007 | | 100 | | | | | | 1 | 100.0 |
| 04/23/2007 | | 97, 110 | | | | | | 2 | 103.5 |
| 04/22/2007 | 151 | | | | | | | 1 | 151.0 |
| 04/20/2007 | | | | 106 | | 277 | | 2 | 191.5 |
| 04/19/2007 | 144 | | | | | | | 1 | 144.0 |
| 04/14/2007 | | 273 | | | | | | 1 | 273.0 |
| 04/11/2007 | 97 | | | | | 201 | | 2 | 149.0 |
| 04/10/2007 | 113 | | | | | | | 1 | 113.0 |
| 04/09/2007 | | 143 | | | | | | 1 | 143.0 |
| 04/08/2007 | | | | | | 196 | | 1 | 196.0 |
| 04/07/2007 | | 90 | | | 118 | | | 2 | 104.0 |
| 04/06/2007 | | 186 | | | | | | 1 | 186.0 |
| Period Averages | 126.3 | 142.7 | 79.0 | 106.0 | 118.0 | 224.7 | | 17 | 145.9 |




Blood Glucose Standard Day Chart

These are general blood glucose target ranges. Target ranges are customizable and individualized for each patient. If more than one measurement exists for a given period, only the minimum and maximum values will be shown.

- Bi-weekly blood glucose and symptom data via DayLink® Monitor in patient's home
- Data transmitted over phone line




# Clinician Communications

- Our management team, mostly clinicians themselves, appreciates the realities of busy office practices

- Communications to clinicians must be patient-specific, timely, actionable, brief, and highly relevant to be value-adding

- Our goal is parsimonious reports that can be scanned and digested in <1 minute, and identifies important information that impacts clinicians' treatment plan & patient management

- Our reports provide data that most physicians do not routinely receive or may be time-consuming to check, such as all Rx from all clinicians, treatment adherence information from claims and self-report, latest key lab tests and results, etc.

- We can send reports electronically if desired, yet nearly all physicians still prefer fax; PHR integration is underway

ALERE

Connecting. Caring. Empowering.

22

# Clinician Reports



23

**ALERT REPORT**

**PRE-VISIT REPORT**



## Alert Report – HF / COPD

- Faxed to physician when urgent patient problem needs to be reported to physician
- 24-hour response expected
- 95% physician compliance

## Pre-visit Report – CAD / Diabetes

- Faxed to physician 1 to 2 days prior to scheduled appointment
- Provides between visit summary of relevant clinical data

# Data Rich, Easily Interpreted



Connecting. Caring. Empowering.

# Evidence-Based Pt. Education

- Disease & symptoms
- Medication use & compliance
- Diet & nutrition
- Exercise & lifestyle
- Depression
- Self-management



Connecting. Caring. Empowering.

25

# *Outcomes Approach*



- Alere believes the industry is strengthened by more standardized, rigorous, and ultimately, comparative outcomes
  - Leading role in DMAA's industry standardization process
  - Immediate Past Chair of DMAA's Q&R Committee
- Start by doing Opportunity Analysis from historical claims
  - Allows program customization, aligns mutual expectations
- Utilize industry standard outcomes measures/methods
  - Alere's methods consistent with DMAA, Volume I & II Guideline reports
  - Multiple correlating measures reinforce plausibility of results
- Transparent evaluation of program performance
  - Expect clients to replicate evaluation with matching results
  - Independent review or audit of outcomes welcomed



# *Outcomes Accountability*

- Pioneer in use of independent third party experts to validate DM outcomes
  - Tillinghast Towers-Perrin, 2000

- Recognition by DM industry for its leading outcomes
  - Methods certified by Disease Management Purchasing Consortium
    - One of two DMPC-certified entities to demonstrate reduction in utilization per plausibility measure (per Al Lewis, DMPC President)
  - Consultant to DMAA for standardized outcomes methods/measures
  - NCQA consultant for public, comparative DM outcomes reporting
  - Consultant to Munich Re American Healthcare for DM partnering

- Independent research results support Alere programs
  - WHARF trial, L. Goldberg, U.Penn, Am. Heart Jl., 2003
  - RPM study, H. Krumholz, Yale, Circulation, 2007

Connecting. Caring. Empowering.



# *Outcomes Measures*

- If an equivalent control group is available we base analysis on comparison of intervention group to control group

- Absent equivalent control group, we use a pre/post framework to analyze change in total medical expenditures for the DM eligible population compared to baseline

- We then look for key utilization metric confirmation

  - All-cause hospital admission rate for eligible population

  - Disease-specific hospital admission rate for entire insured population ("plausibility measure" per Disease Mgt Purchasing Consortium)

- We expect clinical quality and functional status measures to parallel economic measures

- Experience of care coordination assessed for participants and providers via third party satisfaction survey

Connecting. Caring. Empowering.

28



# HF Outcomes

*Reduction in Paid $ PMPM (Commercial)*

**Annual Outcomes Analysis Performed by Alere's Client
Total Health Care Cost Per Patient Per Month**

Enrolled: $1,869 → $566  70%

Not Enrolled: $2,412 → $1,951

Total Eligibles: $2,332 → $1,534  34%

■ Baseline    ■ Post-Program

*Data Source: Client outcomes database: Commercial Population*

Connecting. Caring. Empowering.

29

# HF Outcomes

*Reduction in Hospitalization Rate (Commercial)*



**Annual Outcomes Analysis Performed by Alere's Client
All-cause Hospital Admits Per 1,000 Patients Per Year**

■ Baseline    ▨ Post-program

| | Enrolled | Not Enrolled | Total Eligibles |
|---|---|---|---|
| Baseline | 1,326 | 1,354 | 1,350 |
| Post-program | 443 | 1,224 | 988 |
| Reduction | ↓ 67% | | ↓ 27% |

*Data Source: Client outcomes database: Commercial Population*

Connecting. Caring. Empowering.

30

# CAD Outcomes

*Cardiac Risk Management*

## Program Effect On Engaged Patients With Higher Risk Score

### Risk Score Reduction



9.7
Baseline Risk Score

8.9  8%
Most Recent Risk Score

### Cardiac Risk Score by Baseline Score

5.4  5.6
<10

13.5  11.9 *  12%
10 to 20

28.5  22.2 *  22%
>20

■ Baseline Risk Score
□ Most Recent Risk Score

\* *p<0.05*

*Data Source: Alere Outcomes Database*

Connecting. Caring. Empowering.

ALERE

31

# CAD Outcomes

## Reduction in Utilization and Costs

### All-cause Inpatient Admit Rate (PTMPY)



| | CAD Program | Control A | Control B |
|---|---|---|---|
| Baseline | 376 | 427 | 370 |
| Post-program | 303 | 433 | 346 |
| | ↓ 20% | ↑ 2% | ↓ 7% |

■ Baseline   ▨ Post-program

### Total Health Care Costs (PPPM)

| | CAD Program | Control A | Control B |
|---|---|---|---|
| Baseline | $1,213 | $811 | $1,237 |
| Post-program | $1,036 | $925 | $1,357 |
| | ↓ 15% | ↑ 14% | ↑ 10% |

■ Baseline   ▨ Post-program

*Data Source: Medical Claims Data from Client A (2/1/04 to 5/31/06)*
*Annual cost trend applied*
*Annual Stop-loss not applied*

ALERE

Connecting. Caring. Empowering.

32



# Diabetes Outcomes

## Total Health Care Cost Per Patient Per Month
(Preliminary analysis based on 6-month program evaluation period – randomized control / interventions groups)

**Baseline**
n = 425
$1,654

**Control Group**
n = 70
$1,658

**Alere Intervention Group**
n = 190
$979 *

40%

* p<0.05

*Data Source: Client's Claims Database 2005-2006*

Connecting. Caring. Empowering.

33

# Diabetes Outcomes

## Cost Per Patient Per Month by Type of Service
### (Preliminary analysis based on 6-month program evaluation period)



■ Baseline   □ Control Group   ■ Alere Intervention Group
n = 425      n = 70            n = 190

Inpatient: $879, $868, $364
Outpatient: $164, $94, $101
Physician: $537, $576, $340
Pharmacy: $73, $119, $129

*Data Source:  Client's Claims Database 2005-2006*

Connecting. Caring. Empowering.

34

# Quality of Life Outcomes

## Improvement in Mental & Physical Component Scores Over Time



SF-12: Average PCS Score

SF-12: Average MCS Score

Baseline 31.9, 6 months 32.7*, 12 months 32.6*, 18 months 33.3*, >24 months 32.8*

Baseline 47.8, 6 months 48.2*, 12 months 48.6*, 18 months 49.1*, >24 months 49.3*

* p<0.05

Data Source: Alere Outcomes Database
Patient self-reported QOL data 2005

Response Rate: 40%

Connecting. Caring. Empowering.

35

# Clinician Satisfaction Outcomes

| Question Description | 2004-2006 % Satisfied Range |
|---|---|
| Alere's program helps monitor your patient's condition | 71 - 79% |
| Alere's program helps reduce hospitalizations | 50 - 66% |
| Alere's program helps reinforce your treatment plan | 64 - 80% |
| Alere's program helps provide education and information to patients | 64 - 75% |
| Alere's reports contain useful information | 66 - 78% |
| Alere's reports are comprehendible | 85 - 90% |
| Has the Alere program has had a positive impact on your patients? | 63 - 73% |

*95% Confidence Interval: Varies by question, by year, but typically in range of 6-12%*
*Data Source:  Serial Alere provider satisfaction survey data from The Olinger Group*

Connecting. Caring. Empowering.

36

# Alere's Present Focus



50+% of employees generate 90% of direct and indirect health related costs

Disease Management

Health Coaching

Wellness Programs

Intensive Case Management

Healthy/Low Risk

At Risk

High Risk

Chronic Complex & Disease Catastrophic

HRA

Reference: EW "Chronic Care Model"

Connecting. Caring. Empowering.

ALERE

37

# Total Health Management Needs



**Behavioral Health / EAP Integration**

Disability / Absence Mgmt

Workplace Health

Healthy/Low Risk

At Risk

High Risk

Chronic Complex &
Disease Catastrophic

Medical/Home Support

Health Advocacy

Reference: EW "Chronic Care Model"

Connecting. Caring. Empowering.

38

# Relevant Decision Support Today

| What Clinical Decision Support Should Provide Clinicians | What Alere's PHS Platform Provides Clinicians Today |
|---|---|
| Identification and stratification of population under care for those at risk for avoidable morbidity and mortality, delineation of those risks | For clinicians without registries (most), we do monthly population analysis to identify and track patients at greatest risk for avoidable morbidity |
| Predictive modeling tools to extend risk assessment beyond observable clinical characteristics to include prior diagnoses, labs, procedures, events, drugs, self-reported data | We integrate a large number of clinically-relevant variables that are beyond the usual scope of the community practitioner to find high risk patients who might not present for care until much later |
| Workflow tools, processes to routinize the oversight of at risk and chronically ill populations when out of sight from clinicians | Our Alere platform provides integrated workflows to track and intervene when needed, and can be used by our clinical staff or 3rd parties as needed |
| Regular recurring contact and data collection (daily, if warranted) to monitor risk status and refer patients with imminent threat of morbidity in time to MD to intervene effectively and efficiently | Daily remote monitoring of symptoms and select biometric parameters for highest risk cohorts allows more efficient and effective identification of those in need of acute clinician intervention |
| Timely clinician notification and suggested interventions to avoid morbidity that fit into current practice ecology without reengineering | Our usual clinician communication is by fax and phone, similar to current workflow for lab results, imaging, other routine clinical communiqués |

ALERE

Connecting. Caring. Empowering.



# Personal Health Support

## Person-Centric, Needs-Based, Data-Driven, Clinician-Connected

**At any given time, a given person may need one or more of these forms of personal health support – and we will be there to provide it!**

**Client Consultation**
- predictive modeling
- opportunity analysis

**Workplace Health**
- fitness
- risk reduction
- injury prevention/work safety
- presenteeism mgt
- environmental health programs

**Disability/Absence Mgt**
- STD/LTD
- W/C, return to work
- job accommodation

**HRA**
- assess health status
- identify health risks
- track health status

**Wellness Programs**
- prevention
- screening
- incentives
- behavior change

**Health Portal**
- consumer empowerment
- health communications
- social networking
- PHR

**Medical Home Support**
- outpatient services
- specialty care
- across siles
- EHR integration

**Behavioral Health**
- EAP
- work-life issues
- behavioral health integration

**Disease & Case Mgt**
- chronic conditions
- high risk factors
- lifestyle behaviors
- catastrophic conditions

**Health Advocacy**
- care navigation
- quality metrics
- coaching & outreach

ALERE

40

Connecting. Caring. Empowering.