Bingham McCutchen LLP
WILLIAM F. ABRAMS (SBN 88805)
*william.abrams@bingham.com*
PATRICK T. WESTON (SBN 211448)
*patrick.weston@bingham.com*
SAMANTHA REARDON (SBN 240068)
*samantha.reardon@bingham.com*
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

Attorneys for Plaintiff
ALERE MEDICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERE MEDICAL, INC., a California Corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>HEALTH HERO NETWORK, INC., a California Corporation,<br><br>             Defendant. | No.  C-07-05054 CRB<br><br>**DECLARATION OF RONALD D. GERATY IN SUPPORT OF ALERE MEDICAL, INC.'S SUPPLEMENTAL BRIEF OPPOSING TRANSFER PURSUANT TO 28 U.S.C. § 1404(A)** |

A/72315968.2/3005445-0000328421

C-07-05054 CRB

DECLARATION OF RONALD D. GERATY, M.D. IN SUPPORT OF ALERE MEDICAL, INC.'S
SUPPLEMENTAL BRIEF OPPOSING TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

I, Ronald D. Geraty, M.D., declare as follows under penalty of perjury:

1. I am Chief Executive Officer of Alere Medical, Inc. ("Alere"). I have personal knowledge of the matters stated herein and if called as a witness could and would testify competently to the facts stated in this declaration.

2. Alere is a California corporation that was founded in California in the mid-1990's. It has offices in California and Nevada, and is currently headquartered in Reno, Nevada. The witnesses pertinent to this action reside in both of those locations, including the Northern District of California.

3. In general, Alere and Health Hero both do business in the field of home health monitoring. Alere is a disease management company (a health services company) and uses its own contract-manufactured home monitoring equipment. I am informed and believe that HealthHero is a product company that typically sells its equipment and software to other health services companies.

4. Alere's primary market and largest book of business is in California, including customers such as United HealthCare (previously PacifiCare), Blue Shield of California and HealthNet. Comparatively speaking, Alere has very little business in Illinois.

5. Jack Lloyd is Alere's founder and past Chairman of the Board. Mr. Lloyd is a medical engineer and inventor, and is a key participant in the development of Alere's technology. Mr. Lloyd resides in Orinda, California.

6. Additional key employees of Alere with knowledge of Alere's technology who reside in the Bay Area are Lauren Yazolino (who resides in Orinda, California), Robert Kolb (who resides in Sausalito, California), and Aria DiBiase (who resides in Palo Alto, California).

7. To the extent that it becomes necessary in this dispute to refer to documents relating to Alere's technology and/or financial information, many of these documents are located either with Alere's employees in Northern California, or at Alere's headquarters in Reno, Nevada.

8. On or about August 23, 2006 I received a letter from Sandeep Jaggi of

1  Health Hero Network, Inc. ("Health Hero") stating that Health Hero believed that Alere was
2  "making, using and/or selling systems, services and products" that required a license to several
3  of Health Hero's patents. In that letter, Dr. Jaggi provided a phone number beginning with the
4  "650" area code where he could be contacted.

5    9.    The letter included preliminary claim maps attempting to tie Alere's
6  products to eleven Health Hero patents. Among the patents asserted by Health Hero were:
7  U.S. Patent No. 5,601,435; U.S. Patent No. 6,368,273; U.S. Patent No. 5,832,448; U.S. Patent
8  No. 6,246,992; U.S. Patent No. 5,879,163; U.S. Patent No. 6,151,586; and U.S. Patent No.
9  6,161,095.

10    10.    Alere denies that the patents referenced in paragraph 3 above are infringed
11  by it.

12    11.    Alere was sued on claim 21 of U.S. Patent No. 7,223,236 by Health Hero
13  in U.S. District Court for the Northern District of Illinois on September 6, 2007. This patent was
14  not included in the patents identified in Health Hero's August 23, 2006 letter.

15    12.    In between the time Alere received Health Hero's August 23, 2006 letter
16  and the time Alere was sued in Illinois, several meetings occurred between Alere and Health
17  Hero to discuss Health Hero's claims. All of these meetings took place in California, and at least
18  one took place in East Palo Alto.

19    I declare under penalty of perjury under the laws of the United States and the
20  State of California that the foregoing is true and correct, and that this declaration is executed on
21  November 14, 2007, at Marblehead, MA.

22

23                                                          /s/
24                                                    Ronald D. Geraty

1  **<u>SIGNATURE ATTESTATION PER GENERAL ORDER 45, SECTION X.B.</u>**

2  I hereby attest that I have on file all holograph signatures for any signatures

3  indicated by a "conformed" signature (/S/) within this efiled document.

4

5  _____/s/_____

6  Patrick T. Weston

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28