Bingham McCutchen LLP
WILLIAM F. ABRAMS (SBN 88805)
*william.abrams@bingham.com*
PATRICK T. WESTON (SBN 211448)
*patrick.weston@bingham.com*
SAMANTHA REARDON (SBN 240068)
*samantha.reardon@bingham.com*
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

Attorneys for Plaintiff
ALERE MEDICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERE MEDICAL, INC., a California Corporation,<br><br>    Plaintiff,<br><br> v.<br><br>HEALTH HERO NETWORK, INC., a California Corporation,<br><br>    Defendant. | No.  C-07-05054 CRB<br><br>**DECLARATION OF PATRICK T. WESTON IN SUPPORT OF ALERE MEDICAL, INC.'S SUPPLEMENTAL BRIEF OPPOSING TRANSFER PURSUANT TO 28 U.S.C. § 1404(A)** |

A/72317412.3

C-07-05054 CRB

DECLARATION OF PATRICK T. WESTON IN SUPPORT OF ALERE MEDICAL, INC.'S
SUPPLEMENTAL BRIEF OPPOSING TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

I, Patrick T. Weston., declare and state as follows:

1. I am a counsel with Bingham McCutchen LLP, counsel of record for plaintiff Alere Medical, Inc. I am licensed to practice law in California. The following facts are true of my own personal knowledge, and if called as a witness I would testify competently to them.

2. Attached as Exhibit A is a true and correct copy of the Complaint in the action entitled *Health Hero Network, Inc., v. Alere Medical, Inc.*, Northern District of Illinois Case No. 07-CV-5031 ("the Chicago action"), filed on September 6, 2007.

3. Attached as Exhibit B is a true and correct copy Alere's Answer and Counterclaims in the Chicago action, filed on October 1, 2007.

4. Attached as Exhibit C is a true and correct copy of U.S. Patent No. 7,223,236 ("the '236 patent").

5. To date, no discovery or initial disclosures have taken place in the Chicago action.

6. On Friday, November 9, 2007, a Request for Ex Parte Reexamination of the '236 patent was filed with the United States Patent and Trademark Office ("USPTO"). A true and correct copy (without exhibits) is attached as Exhibit D.

7. On November 14, 2007, Alere filed a motion to stay the Chicago action pending the outcome of the USPTO's reexamination inquiry of the '236 patent. A true and correct copy of the Memorandum In Support Of Alere's Motion To Stay This Litigation Pending The Reexamination Of The Patents In Suit (without exhibits) is attached as Exhibit E.

8. Attached as Exhibit F is a true and correct copy of the "Contact Us" section of the website for the law firm of Black Lowe & Graham, located at *http://www.blacklaw.com*. This page states that the firm is located in Seattle, Washington.

9. U.S. Patent No. 5,601,435 lists "Haverstock & Associates" as the prosecuting attorney, agent, or firm for that patent. (The '435 patent is attached to Alere's complaint in this matter (Docket No. 1) at Exhibit B). Upon information and belief, Haverstock & Associates used to be located in Palo Alto, California, and its principal was Thomas B.

1  Haverstock. Attached as Exhibit G is a true and correct copy of Mr. Haverstock's attorney
2  profile from the State Bar of California (downloaded from
3  *http://members.calbar.ca.gov/search/member_detail.aspx?x=121232*) which states that Mr.
4  Haverstock is now associated with the firm of Haverstock & Owens in Sunnyvale, CA.

5       10.    Attached as Exhibit H is a true and correct copy of the home page for the
6  website of Lumen Intellectual Property Services, located at *http://www.lumen.com*. This page
7  states that the Lumen firm is located in Palo Alto, California.

8        11.    Attached as Exhibit I is a true and correct copy of the Judicial Caseload
9  Profile Report for the Northern District of California (taken from *http://www.uscourts.gov/cgi-*
10 *bin/cmsd2006.pl*). For the twelve month period ending September 30, 2006, this report states
11 that the median time from filing to trial of civil actions in the Northern District of California is
12 25.0 months.

13       12.    Attached as Exhibit J is a true and correct copy of the Judicial Caseload
14 Profile Report for the Northern District of Illinois (taken from *http://www.uscourts.gov/cgi-*
15 *bin/cmsd2006.pl*). For the twelve month period ending September 30, 2006, this report states
16 that the median time from filing to trial of civil actions in the Northern District of Illinois is 26.4
17 months.

18       I declare under penalty of perjury under the laws of the United States and the
19 State of California that the foregoing is true and correct, and that this declaration was executed
20 on November 14, 2007, at East Palo Alto, CA.

22                                          /s/
23                                   Patrick T. Weston