

**Contact Us**

Contact us any time at the following:

**Mail:**
Black Lowe & Graham
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

**Telephone:**
206.381.3300

**Facsimile:**
206.381.3301

**E-mail:**
info@blacklaw.com

**Map:**

© 2006 Black Lowe & Graham. All rights reserved.
Website designed and maintained by LawFirmSites