**THE STATE BAR OF CALIFORNIA**

Wednesday, November 14, 2007   State Bar Home

Home > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

## Thomas Bardwell Haverstock - #121232

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 121232 | | |
| **Address** | Haverstock & Owens LLP<br>162 N Wolfe Rd<br>Sunnyvale, CA 94086 | **Phone Number** | (408) 530-9700 |
| | | **Fax Number** | (408) 530-9797 |
| | | **e-mail** | tom@hollp.com |
| **District** | District 3 | **Undergraduate School** | Purdue Univ; IN |
| **County** | Santa Clara | **Law School** | Santa Clara Univ SOL; Santa Clara CA |
| **Sections** | Intellectual Property | | |

### Status History

| Effective Date | Status Change |
|---|---|
| *Present* | Active |
| 12/10/1985 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

#### Disciplinary and Related Actions
This member has no public record of discipline.

#### Administrative Actions
This member has no public record of administrative actions.

Start New Search >

**Contact Us**   Site Map   **Notices**   © 2007 The State Bar of California