

**A Patent Firm**

*Note: The Macromedia Flash plugin 6 or above is required to view this site. If you do not already have it please install before entering the main site.*



# Lumen is a Patent Firm Committed to Providing Excellence to our High Technology Clients.

For more information about how we can serve you please contact us at the address/telephone below and visit our full web page by clicking the "ENTER" button.

**Lumen Intellectual Property Services**
*Serving California and The Pacific Northwest*
Headquarters: 2345 Yale Street, Second Floor,
Palo Alto, CA 94306
Phone: 1-888-IP-LUMEN (1-888-47-58636)
admin@lumen.com

Directions to Lumen

ENTER